

Ashley W. Winsky
(757) 628-5551
awinsky@wilsav.com

99700.000

May 30, 2014

Fernando Galindo
Clerk of Court
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *Jodi C. Mahdavi v. Nextgear Capital, Inc., and P.A.R. Services, Inc.*

Dear Mr. Galindo:

With regard to the above-referenced matter, please find enclosed the following:

1.   Civil Cover Sheet;

2.   Notice of Removal; and

3.   Financial Interest Disclosure Statement.

Please note that your filing fee will be forwarded under separate cover from James D. Bragdon of Gallagher Evelius & Jones LLP. I ask that you file these documents in accordance with your normal procedures. If you have any questions, please do not hesitate to contact me.

Sincerely,

Ashley W. Winsky

AWW:tb
Enclosure

Reply to Norfolk Office

440 MONTICELLO AVENUE   SUITE 2200   NORFOLK, VA 23510   757.628.5500   FACSIMILE 757.628.5566
222 CENTRAL PARK AVENUE   SUITE 1500   VIRGINIA BEACH, VIRGINIA 23462   757.628.5600   FACSIMILE 757.628.5659

WWW.WILLCOXANDSAVAGE.COM

1-1260101.1

# GALLAGHER EVELIUS & JONES LLP
ATTORNEYS AT LAW



JAMES D. BRAGDON
jbragdon@gejlaw.com
direct dial: 410 951 1416
fax: 410 468 2786

May 30, 2014

Clerk of the United States District Court,
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:  *Jodi C. Mahdavi v. Nextgear Capital, Inc. and P.A.R. Services, Inc.*
           Case No. 2014-7294, Circuit Court for the County of Fairfax

Dear Clerk:

Enclosed is a check in the amount of $400.00 representing the filing fee for the removal of the above-referenced case to the United States District Court.

The notice of removal and related documents are being filed under separate cover by Ashley W. Winsky, Esq. and Wilcox & Savage P.C.

                                        Sincerely,

                                        James D. Bragdon

JDB/cmc
Enclosure
cc: Jonathan E. Levine, Esq.

#499066
013438-0001