```
Court Name: United States District Court
Division: 1
Receipt Number: 14683044074
Cashier ID: sbrown
Transaction Date: 06/03/2014
Payer Name: GALLAGHER EVELIUS AND JONES LL

CIVIL FILING FEE
 For: GALLAGHER EVELIUS AND JONES LL
 Amount:      $400.00
----------------------------------------
CHECK
 Remitter: GALLAGHER EVELIUS AND JONES L
L
 Check/Money Order Num: 143860
 Amt Tendered:  $400.00
----------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
114CV648
```