IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



JODI C. MAHDAVI,

    Plaintiff,

v.                                  Civil Action No. 1:14cv648

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

    Defendants.

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Nextgear Capital, Inc., hereby certifies that no parents, trusts, subsidiaries and/or affiliates of Nextgear Capital, Inc. have issued shares or debt securities to the public, and no entity that has issued shares or debt securities to the public owns more than ten percent of the stock of Nextgear Capital, Inc.

Respectfully submitted,

NEXTGEAR CAPITAL, INC.

By: _____
      Of Counsel

Ashley W. Winsky (VSB #79224)
awinsky@wilsav.com
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200

I-1260153.1

Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Counsel for Defendant Nextgear Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Financial Interest Disclosure Statement was sent via first-class mail, postage prepaid, this 30th day of May, 2014 to:

Jonathan E. Levine, Esq.
LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, VA 22207
Jonathan.levine@levinedaniels.com
*Counsel for Plaintiff*

and

P.A.R. Services, Inc.
6504 Yochelson Place
Clinton, MD 20735

and

P.A.R. Services, Inc.
Edward J. Sargent, Registered Agent
860 Greenbriar Circle, Suite 301
Chesapeake, VA 23327