IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.            Case No. 1:14-cv-0648

and

P.A.R. SERVICES, INC.,

    Defendants.
    _____/

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that, the Plaintiff, Jodi C. Mahdavi, will argue her Motion for Preliminary Injunction at the place, date, and time set forth below:

| PLACE | SCHEDULED DATE/TIME |
|---|---|
| United States District Court<br>401 Courthouse Square<br>Alexandria, Virginia 22314-5798 | June 20, 2014 at 10:00 a.m. |

                                    Jodi C. Mahdavi
                                      By Counsel

LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia  22207
Telephone:  (703) 525-2668
Facsimile:  (703) 525-8393
jonathan.levine@levinedaniels.com

By  /s/ Jonathan E. Levine
    Jonathan E. Levine, Esquire
    VA Bar ID 45572
    *Counsel for the Plaintiff, Jodi C. Mahdavi*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2014 a true copy of the foregoing Notice of Hearing was sent via CM/ECF on Ashley W. Winsky, Esquire, Willcox & Savage, P.C., 440 Monticello Avenue, Suite 2200, Norfolk, VA 23510, and by first-class mail and facsimile to April Rector, Manager, P.A.R. Services, Inc., 6504 Yochelson Place, Clinton, MD 20735.

               /s/ Jonathan E. Levine
               Jonathan E. Levine, Esquire