# EXHIBIT 4



Sales: 324 Sixth Street, Annapolis, MD, 21403
Service: 1920 Forest Drive, Annapolis, MD, 21403

Sales 877-568-6198    Service 877-568-6198    Live Chat    Find Us

Get Pre-Approved Online

| Research | New | Pre-Owned | Service & Parts | Finance | Specials | About | Contact Us | Shopping Tools |

Previous Vehicle    Next Vehicle                                      Back to results

877-568-6198

### 2013 BMW 650i in Annapolis for sale

**$81,990**   Get ePrice

#### Vehicle Specification

| | |
|---|---|
| Model Year: | 2013 |
| Exterior: | Alpine White |
| Interior: | – |
| Mileage: | 23,057 miles |
| Transmission: | Automatic |
| Bodystyle: | Convertible |
| Fuel Type: | Gasoline |
| Stock Number: | QUW21242 |
| VIN: | WBAYP9C57DDW21242 |
| Location: | Mercedes-Benz of Annapolis |

Like   Tweet



QUICK CONTACT

First name
Last name
Email
Phone

SEND

Schedule Test Drive
Finance Inquiry
SAVE VEHICLE
PRINT DETAILS
SEND TO FRIEND
SEND TO MOBILE



#### Mercedes-Benz of Annapolis Comments

Lighting Package, M Sport Package (M Steering Wheel and Shadowline Exterior Trim), M Sport Package (337), 20" x 8.5" Fr & 20" x 9.0" Rr (Style 356) Wheels, Carfax 1 Owner, Clean Carfax, Heated Leather, Navigation, and Navigation System. Are you interested in a truly fantastic convertible? Then take a look at this wonderful 2013 BMW 6 Series. Take some of the worry out of buying an used vehicle with this one-owner gem. This 6 Series is nicely equipped with features such as Lighting Package, M Sport Package (M Steering Wheel and Shadowline Exterior Trim), M Sport Package (337), 20" x 8.5" Fr & 20" x 9.0" Rr (Style 356) Wheels, Carfax 1 Owner, Clean Carfax, Heated Leather,

#### Mercedes-Benz of Annapolis

Sales: 324 Sixth Street Service: 1920 Forest Drive,
Annapolis,
MD,
US,

GEO: -76.485288, 38.970505

Tel: 877-568-6198

Enter Zip for Directions   Go



### Similar Vehicles



| Mercedes-Benz SL550 | Mercedes-Benz E550 | Mercedes-Benz S63 AMG | Mercedes-Benz S550 | Mercedes-Benz S63 AMG |
| $67,990 | $62,990 | $97,991 | $63,988 | $82,991 |

Previous Vehicle | Next Vehicle

## Hello and welcome to Mercedes-Benz of Annapolis

Welcome to Mercedes-Benz of Annapolis. We are part of the MileOne Automotive Group and deliver great car buying and service experiences everyday! Whether you are visiting to gather information, search for a vehicle in the MD area or contact our Service department in Annapolis we hope to be of assistance. Please contact us at any time to discuss your requirements in more detail.



**Specials** Watch Now!

**Service** Watch Now!

**New Cars** Watch Now!

**About Us** Watch Now!



### Our Reviews

**Pre-Owned Mercedes-Benz Inventory**

| | |
|---|---|
| C-Class C250 | [6] |
| C-Class C300 | [11] |
| CLK-Class CLK350 | [1] |
| CLS-Class CLS550 | [2] |
| E-Class E350 | [13] |
| E-Class E350 BlueTEC | [1] |
| E-Class E550 | [2] |
| GL-Class GL450 | [2] |
| GLK-Class GLK350 | [4] |
| M-Class ML350 | [5] |
| M-Class ML350 BlueTEC | [1] |

### Schedule Service Online

**New Mercedes-Benz Inventory**

| | |
|---|---|
| fortwo passion cabriolet | [2] |
| fortwo passion coupe | [7] |
| C-Class C250 | [54] |
| C-Class C300 | [23] |
| C-Class C350 | [3] |
| C63 AMG | [1] |
| CL63 AMG | [1] |
| CLA-Class CLA250 | [1] |
| CLA45 AMG | [1] |
| CLS-Class CLS550 | [12] |
| CLS63 AMG S-Model 4MATIC | [2] |

Follow us on:

Sitemap | Contact

Mercedes-Benz of Annapolis Sales: 324 Sixth Street | Service: 1920 Forest Drive, Annapolis, MD 21403

© 2014 Mercedes-Benz USA LLC
* Actual vehicle specification may vary from those depicted.
** Excludes all options, taxes, title, registration, $905 transportation charge for 2013 models and $925 for 2014 models, and dealer prep fee.