# EXHIBIT 5

Sign in | Register | My account(#) | (javascript:void(0);) | Español(http://www.cargurus.com/es/l_es-2013-BMW-6-Series-650i-Usados-l43478)

(/)

(/) | Used Cars (/Cars/forsale) | New Cars (/Cars/new/) | Car Values (/Cars/instantMarketValue.action) | Sell My Car (//Cars/sell-car/)

Research (/Cars/autos/) | Questions


WE CARRY A VARIETY OF PRE-OWNED VEHICLES
YOUR NEXT CAR IS HERE!
Mercedes-Benz of Annapolis
Visit Our Website or Call 877-686-4981

Home (/) / Used Cars (/Cars/forsale) / BMW 6 Series (/Cars/l-Used-BMW-6-Series-d1513) / 2013 (/Cars/l-Used-2013-BMW-6-Series-c23257) / 650i (/Cars/l-Used-2013-BMW-6-Series-650i-l43478)

## 2013 BMW 6 Series 650i Nationwide

Sell My Car(/Cars/sell-car?pid=ListingsPageHeaderAdButton)

### New Search

| By Car | By Body Style | By Price |

BMW ▼

6 Series ▼

2013 ▼   to   Similar ▼

ZIP [ ]

Radius  500 miles ▼

**Search**

Advanced Search(/Cars/inventorylisting/advancedSearch.action?zip=&cgLocale=en)

### Filter Results   33 listings

**Price**

$49,000 – $120,000

☑ Show Negotiable Listings (5)

**Mileage**

0 miles – 68,000 miles

**Transmission**

| Any | Manual | Automatic |

**Seller Type**   (clear(javascript:void(0);))

☐ Dealer (33)
☐ Private (0)

**Vehicle Condition**   (clear(javascript:void(0);))

☐ Certified Pre-Owned (0)
☐ New (29)
☐ Used (4)

**Trim**   (clear(javascript:void(0);))

☐ 640xi
☐ 640xi Convertible
☐ 640xi Gran Coupe
☐ 650i (0)
☐ 650i Convertible
☑ 650i Gran Coupe (33)
☐ 650xi Convertible
☐ 650xi Coupe
☐ 650xi Gran Coupe

Show all trims (javascript:void(0);)

### Find 2013 BMW 6 Series 650i listings in your area

Enter your ZIP code

ZIP [ ]  Go!

**BMW 6 Series**  Active filters (Clear all filters(#))

Trims(javascript:void(0);)   Color(javascript:void(0);)

Save this search (#)

Sort by Best deals first ▼

Showing **1 - 15** out of **33** listings

()

All Listings

**2013 6 Series 650i Gran Coupe**   Save

No Price Analysis

| Price: | $72,999  $1,322/mo |
| Mileage: | 10,224 |
| Location: | Houston, TX |
| Dealer rating: | |

**2013 6 Series 650i Gran Coupe**   Save



No Price Analysis

| Price: | $74,999  $1,358/mo |
| Mileage: | 16 |
| Location: | Atlanta, GA |
| Dealer rating: | |

**2014 6 Series 650i Gran Coupe**   Save

No Price Analysis

| Price: | $84,999  $88,000  $1,539/mo |
| Mileage: | 538 |
| Location: | Naples, FL |
| Dealer rating: | |

**2014 6 Series 650i Gran Coupe**   Save

Dealer Price
$85,624

| Engine: | V8 |
| Transmission: | Automatic |
| Location: | Richmond, VA |
| Dealer rating: | |

**2013 6 Series 650i Gran Coupe**   Save

Dealer Price
$90,000

| Engine: | V8 |
| Transmission: | Automatic |
| Location: | Shreveport, LA |
| Dealer rating: | |

**2014 6 Series 650i Gran Coupe**

## Accidents Reported

Any Number

☐ Hide vehicles with frame damage reported

### Color                    (clear) (javascript:void(0);)

☐ Black (0)
☐ Blue (0)
☐ Brown (0)
☐ Gold (0)
☐ Gray (0)
☐ Orange (0)
☐ Red (0)
☐ Silver (0)
☐ Teal (0)
☑ White (33)
☐ Unknown (0)

### Engine                   (clear) (javascript:void(0);)

☐ I6 (0)
☐ V8 (33)

### Drivetrain               (clear) (javascript:void(0);)

☐ AWD (0)
☐ RWD (33)

### Options                  (clear) (javascript:void(0);)

☐ Leather Seats (14)
☐ Navigation System (10)
☐ Sunroof/Moonroof (9)

### Body Style               (clear) (javascript:void(0);)

☐ Convertible (0)
☐ Coupe (0)
☐ Sedan (33)

### MPG                      (clear) (javascript:void(0);)

☐ 17-19 MPG (0)
☐ 20-21 MPG (33)
☐ 25-26 MPG (0)
☐ 28-29 MPG (0)
☐ Unknown (0)

### Seating Capacity         (clear) (javascript:void(0);)

☐ 4 (0)
☐ 5 (33)

### Text Search

(eg. diesel, sunroof)  (#) (#)

### Price Drops

☐ Show recent price drops

---

### Add Similar Cars

☐ BMW 7 Series
☐ BMW 5 Series
☐ BMW 3 Series

More cars

---

$94,485
MSRP
$94,485

Engine:        V8
Transmission:  Automatic
Location:      Los Angeles, CA
Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$95,125         Transmission:  Automatic
MSRP            Location:      Fremont, CA
$95,125         Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$95,125         Transmission:  Automatic
                Location:      Baton Rouge, LA
                Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,425         Transmission:  Automatic
MSRP            Location:      Roseville, CA
$96,425         Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,425         Transmission:  Automatic
                Location:      Torrance, CA
                Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,425         Transmission:  Automatic
                Location:      Signal Hill, CA
                Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,425         Transmission:  Automatic
                Location:      Greenville, SC
                Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,585         Transmission:  Automatic
                Location:      Lafayette, LA
                Dealer rating:

**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,925         Transmission:  Automatic
MSRP            Location:      Los Angeles, CA
$96,925         Dealer rating:



**2014 6 Series 650i Gran Coupe**                              Save

Dealer Price    Engine:        V8
$96,925         Transmission:  Automatic
MSRP            Location:      Los Angeles, CA
$96,925         Dealer rating:

**Similar Cars**

| BMW 7 Series(http://www.cargurus.com/Cars/Used-BMW-7-Series-d1517) | BMW 5 Series(http://www.cargurus.com/Cars/Used-BMW-5-Series-d1628) | BMW 3 Series(http://www.cargurus.com/Cars/Used-BMW-3-Series-d1512) | BMW M6(http://www.cargurus.com/Cars/Used-BMW-M6-d825) | Mercedes-Benz CLS-Class(http://www.cargurus.com/Cars/Used-Mercedes-Benz-CLS-Class-d751) |

**New 2013 BMW 6 Series By Year**

2015 BMW 6 Series(/Cars/new/nl-New-BMW-6-Series-d1513) 767 listings
2014 BMW 6 Series(/Cars/new/nl-New-BMW-6-Series-d1513) 612 listings
2013 BMW 6 Series(/Cars/new/nl-New-BMW-6-Series-d1513) 229 listings

**Used 2013 BMW 6 Series By City**

| | | |
|---|---|---|
| 2013 BMW 6 Series in Atlanta GA(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Atlanta-c23257_L6054) 128 listings | 2013 BMW 6 Series in Baltimore MD(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Baltimore-c23257_L14959) 98 listings | 2013 BMW 6 Series in Boston MA(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Boston-c23257_L15690) 94 listings |
| 2013 BMW 6 Series in Charlotte NC(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Charlotte-c23257_L25416) 37 listings | 2013 BMW 6 Series in Chicago IL(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Chicago-c23257_L7510) 127 listings | 2013 BMW 6 Series in Cincinnati OH(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Cincinnati-c23257_L27382) 22 listings |
| 2013 BMW 6 Series in Cleveland OH(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Cleveland-c23257_L27014) 30 listings | 2013 BMW 6 Series in Dallas TX(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Dallas-c23257_L33702) 77 listings | 2013 BMW 6 Series in Denver CO(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Denver-c23257_L3898) 32 listings |
| 2013 BMW 6 Series in Detroit MI(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Detroit-c23257_L16090) 28 listings | 2013 BMW 6 Series in Houston TX(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Houston-c23257_L34369) 78 listings | 2013 BMW 6 Series in Indianapolis IN(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Indianapolis-c23257_L9065) 27 listings |
| 2013 BMW 6 Series in Kansas City MO(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Kansas-City-c23257_L19286) 8 listings | 2013 BMW 6 Series in Las Vegas NV(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Las-Vegas-c23257_L21230) 22 listings | 2013 BMW 6 Series in Los Angeles CA(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Los-Angeles-c23257_L2163) 346 listings |
| 2013 BMW 6 Series in Miami FL(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Miami-c23257_L5213) 152 listings | 2013 BMW 6 Series in Minneapolis MN(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Minneapolis-c23257_L17319) 10 listings | 2013 BMW 6 Series in Nashville TN(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Nashville-c23257_L33019) 12 listings |
| 2013 BMW 6 Series in New York NY(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-New-York-c23257_L22938) 344 listings | 2013 BMW 6 Series in Philadelphia PA(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Philadelphia-c23257_L30895) 133 listings | 2013 BMW 6 Series in Phoenix AZ(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Phoenix-c23257_L1064) 42 listings |
| 2013 BMW 6 Series in Pittsburgh PA(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Pittsburgh-c23257_L29265) 14 listings | 2013 BMW 6 Series in Portland OR(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Portland-c23257_L28789) 30 listings | 2013 BMW 6 Series in Saint Louis MO(http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-Saint-Louis-c23257_L18889) 14 listings |

Copyright © 2006-2014 CarGurus ® LLC, All Rights Reserved.