# EXHIBIT 6

Favorites 0



| Buy | Sell | Research | Finance | Advice | Repair & Care |

**Special offers at BMW of Catonsville**    888-497-5322

**2015 BMW 650 i xDrive**
$107,125 -
View More Details

Click for Specials

**BMW 650**
in stock at this dealer today:
**2 New**
from
$83,760-
$107,125



**BMW of Catonsville**
6700 Baltimore National Pike
Baltimore, MD

We make car shopping a great experience!
Visit Dealer Website

## Used BMW 650 650s for sale

**13 matches** within 500 miles of 21230

(1-13 of 13 Vehicles)

Search Again: **Simple** or **Advanced** | **Saved Cars** 0   **Saved Searches** 0

**Cars** | **Dealers**

### Your Search

**New/Used**
× Used

**Make**
× BMW

**Model**
× 650

**Year**
× 2013 - 2013

**Exterior Color**
× White

Save Search  Clear all

Sponsored By Jaguar
**Want Power?**
Introducing the new Jaguar F-TYPE Coupe

Price
Mileage
Style
Body Style
Transmission
Drivetrain
Dealer Ratings

Sort list by: Price: Highest



15 Photos/Video
☐ Save/Compare

**2013 BMW 650 i xDrive**
Alpine White, 2 door, AWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# 271577.
BMW of Oyster Bay ~ 197 mi. away
866-383-5574   Email Dealer
Free CARFAX Report   Click for Specials

$90,000
6,220 mi.



31 Photos/Video
☐ Save/Compare

**2013 BMW 650 i xDrive**
Alpine White, 2 door, AWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# CP384500.
Erhard BMW of Bloomfield Hills ~ 414 mi. away
888-495-2159   Email Dealer
Free CARFAX Report   Click for Specials

$85,895
5,210 mi.

Get emails when newly listed cars match this search.   Create an Alert



32 Photos/Video
☐ Save/Compare

**2013 BMW 650 i**
Alpine White, 2 door, RWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# W21443.
Brooklyn Mitsubishi ~ 172 mi. away
888-644-2721   Email Dealer
Free CARFAX Report   Click for Specials

$83,995
4,275 mi.

2014 BMW X1 xDrive28i SAV Lease For $307 Per Month 36-Month Lease $2,995 Down, Cash or Trade Selling Price: $34,600
Automatic, Power Windows/Door Locks/Seats, AM/FM/CD, Premium Package, Moonroof, Comfort Access, Satellite Radio, Leather Seats, Heated Seats.
Click Here to View Offer

BMW of Towson
BMWofTowson.com
1-888-475-1931
The Ultimate Driving Machine®

**Listing Date**

**Photos**

**Additional Keywords**

Match Any

Search

### 2013 BMW 650 i xDrive
Alpine White, 2 door, AWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# A51895.

Northwest BMW ~ 12 mi. away
888-370-6579   Email Dealer

20 Photos /Video

$83,185
4,308 mi.

Save/Compare   Free CARFAX Report

---

### 2013 BMW 650 i xDrive
Alpine White, 2 door, AWD, Coupe, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# BP6039.

BMW of Sterling ~ 47 mi. away
888-856-8739   Email Dealer

32 Photos /Video

$83,000
1,263 mi.

Save/Compare   Free CARFAX Report   Click for Specials

---

### 2013 BMW 650 i
Alpine White, 2 door, RWD, Convertible, Turbocharged Gas V8 4.4L/268, Stock# QUW21242.

Mercedes-Benz of Annapolis ~ 22 mi. away
888-875-9560   Email Dealer

$81,990
23,057 mi.

Save/Compare   Free CARFAX Report   Click for Specials

---

### 2013 BMW 650 i xDrive
Alpine White Metallic, 2 door, AWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# U18311.

Superior Motor Cars Inc. ~ 186 mi. away
888-449-0863   Email Dealer

32 Photos

$79,995
16,051 mi.

Save/Compare   CARFAX Record Check

---

### 2013 BMW 650 i xDrive
Alpine White, 2 door, AWD, Coupe, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# UB02913.

BMW of Bayside ~ 183 mi. away
888-817-4548   Email Dealer

$79,775
5,670 mi.

Save/Compare   Free CARFAX Report

---

### 2013 BMW 650 i xDrive
Alpine White, 2 door, AWD, Convertible, 8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# 4364.

Luxury Haus Inc ~ 177 mi. away
888-335-9110   Email Dealer

32 Photos /Video

$79,451
11,349 mi.

Save/Compare   Free CARFAX Report

---

### 2013 BMW 650 i xDrive
White, 2 door, AWD, Convertible, 8 speed automatic, 4.4L V8, Stock# BB3665.

BMW of Bridgeport ~ 225 mi. away
888-576-1362   Email Dealer

32 Photos

$77,800
6,203 mi.

☐ Save/Compare    Free AutoCheck Report    **Click for Specials**

---

### 2013 BMW 650 i xDrive    $76,000

White, 2 door, AWD, Convertible,
8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# P60499.

8,108 mi.

Passport BMW ~ 35 mi. away
**888-478-7414**    Email Dealer

32 Photos

☐ Save/Compare    Free CARFAX Report    **Click for Specials**

---

### 2013 BMW 650 i xDrive    $68,900

White, 2 door, AWD, Coupe,
8 speed automatic, 4.4L V8, Stock# 650I-Z02500.

25,056 mi.

DZ Motors ~ 154 mi. away
**866-625-5731**    Email Dealer

32 Photos /Video

☐ Save/Compare    Free CARFAX Report    **Click for Specials**

---

### 2013 BMW 650 i xDrive    $59,995

Alpine White, 2 door, AWD, Coupe,
8-Speed Automatic, 4.4L V8 32V GDI DOHC Twin Turbo, Stock# Z02547.

17,565 mi.

Zoom Auto Group ~ 160 mi. away
**888-902-3708**    Email Dealer

32 Photos /Video

☐ Save/Compare    CARFAX Record Check

---

(**1-13** of 13 Vehicles) Showing    50 Per page

The information on vehicles provided in this service is supplied by the seller or other third parties; Cars.com is not responsible for the accuracy of such information. Cars.com provides this service and materials without representations or warranties of any kind, either expressed or implied. Click here for more details.

### Our Company
- About Cars.com
- Contact Cars.com
- Site Map
- Careers
- Mobile Site
- For Car Dealers
- Fraud Awareness

### Our Partners
- Auto.com
- NewCars.com
- RepairPal.com

### Stay Connected
- Find Us on Facebook
- Find Us on Twitter
- Find Us on YouTube
- Find Us on Google+

### Disclaimers
- Terms of Service
- Sell Your Car Terms of Service
- Privacy Statement
- Ad Choices

Buy | Sell | Research | Finance | Advice

Enter Make or Model

Powered By:

© 2014 Cars.com All rights reserved.