# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

        Plaintiff,

        v.                                            Civil Action No. _____

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

        Defendants.

## AFFIDAVIT OF JAMES D. BRAGDON

I, James D. Bragdon, being over the age of 18 and competent to testify to the matters contained in this affidavit, state as follows:

1.      On June 11, 2014, I conducted internet searches for BMW 650i cars for sale.

2.      I located a white 2013 BMW 650i for sale online through Mercedes Benz of Annapolis. The website is http://www.mercedesofannapolis.com/used/2013/BMW/650i/2013-BMW-650i--Annapolis-for-sale-WBAYP9C57DDW21242. I printed the website, and a true an accurate copy of the website I viewed is attached to NextGear's Opposition as Exhibit 4.

3.      I located thirty-three white 2013 BMW 650i for sale online through cargurus.com. The website is http://www.cargurus.com/Cars/l-Used-2013-BMW-6-Series-650i-t43478#resultsPage=1. I printed the website, and a true an accurate copy of the website I viewed is attached to NextGear's Opposition as Exhibit 5.

4.      I located thirteen white 2013 BMW 650i for sale online through cars.com. The website is:

http://www.cars.com/for-sale/searchresults.action?PMmt=1-1-0&alMdId=20515&alMkId=20005&crSrtFlds=stkTypId-feedSegId-mkId-mdId-pseudoYear&feedSegId=28705&isDealerGrouping=false&mdId=20515&mkId=20005&rd=500&requestorTrackingInfo=RTB_SEARCH&rn=0&rpp=50&sf1Dir=DESC&sf1Nm=price&sf2Dir=ASC&sf2Nm=miles&stkTypId=28881&yrMn=2013&yrMx=2013&zc=21230&pseudoYear=2013&clrId=27134&searchSource=GN_REFINEMENT

I printed the website, and a true an accurate copy of the website I viewed is attached to NextGear's Opposition as Exhibit 6.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit are true.

June 11, 2014
Date

_James Bragdon_ (signature)
James D. Bragdon