IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

        Plaintiff,

        v.                                            Case No. 1:14-cv-0648-TSE-TCB

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

        Defendants.

## DEFENDANT NEXTGEAR CAPITAL, INC.'S NOTICE OF SUBMISSION

NOW COMES Defendant, NextGear Capital, Inc., ("NextGear"), by counsel, and submits to the Court the following Notice of Submission and states as follows:

1.     On June 11, 2014, NextGear filed its Opposition to Plaintiff's Motion for Preliminary Injunction.  *See*, Dkt. 10.

2.     In filing the Opposition to Plaintiff's Motion for Preliminary Injunction with exhibits, the size of the document exceeded the ECF document size requirements and Exhibit 7 was not included.

Accordingly, NextGear respectfully submits Exhibit 7 to its Opposition to Plaintiff's Motion for Preliminary Injunction to the Court as an attachment to this Notice of Submission.

                                                Respectfully Submitted,

                                                NextGear Capital, Inc.

                                                By    /s/

                                                Ashley W. Winsky (VSB #79224)

awinsky@wilsav.com
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
(757) 628-5500
(757) 628-5566 (facsimile)

David G. Sommer
   *Motion for Admission Pro Hac Vice pending*
James D. Bragdon (VSB #83681)
   *Motion for Admission Pro Hac Vice pending*
Gallagher Evelius & Jones LLP
218 N. Charles St., Ste. 400
Baltimore, MD 21201
Telephone (410) 951-1416
Fax (410) 468-2786

*Counsel for NextGear Capital, Inc.*

2

I-1267606.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2014, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jonathan E. Levine, Esq.
LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, VA 22207
Jonathan.levine@levinedaniels.com
*Counsel for Plaintiff*

And will mail a copy of the foregoing by U.S. Mail, postage prepaid, to the following:

P.A.R. Services, Inc.
6504 Yochelson Place
Clinton, MD 20735

To the best of my knowledge there are no other parties who require service by other means.

___/s/_____
Ashley W. Winsky (VSB #79224)
awinsky@wilsav.com
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
(757) 628-5500
(757) 628-5566 (facsimile)

*Counsel for NextGear Capital, Inc.*

I-1267606.1