## ** CIVIL MOTION MINUTES **

Date: 06/20/2014  
Time: 11:40AM-11:41AM (00:01)

Civil Action No.: 1:14-CV-00648-TSE  
Judge: T.S. Ellis, III  
Reporter: Michael A. Rodriquez

## JODI C. MAHDAVI

v.

## NEXTGEAR CAPITAL, INC. et al

Appearances of Counsel:

( ) Plaintiff:  
( X ) Defendant: Ashley W. Winsky

RE:   Plaintiff's motion [4] for preliminary injunction

**Argued &:**

( ) Granted         ( X ) Denied         ( ) Granted in part/Denied in part

( ) Taken Under Advisement    ( ) Continued to

( ) Report and Recommendation to Follow

- Counsel present and states parties have an agreement, however The Court denies plaintiff's request for preliminary injunction.

( **X** ) Order to Follow