## Levine, Daniels & Allnutt, PLLC
### Counselors and Attorneys at Law

JONATHAN E. LEVINE
ADMITTED IN VA, MD, FL AND DC

BLAKE L. DANIELS
ADMITTED IN VA AND DC

NICOLE S. ALLNUTT
ADMITTED IN VA AND DC

ADRIENNE M. LAWRENCE
ADMITTED IN VA

NICOLE WINTERS-BROWN
ADMITTED IN VA

HERITAGE SQUARE
5311 LEE HIGHWAY
ARLINGTON, VIRGINIA 22207

TELEPHONE (703) 525-2668

FACSIMILE (703) 525-8393

INTERNET ADDRESS:
www.levinedaniels.com

Jonathan E. Levine e-mail:
jonathan.levine@levinedaniels.com

Blake L. Daniels e-mail:
blake.daniels@levinedaniels.com

Nicole S. Allnutt e-mail:
nicole.allnutt@levinedaniels.com

Adrienne M. Lawrence e-mail:
adrienne.lawrence@levinedaniels.com

Nicole Winters-Brown e-mail:
nicole.winters-brown@levinedaniels.com

July 7, 2014

**VIA FIRST CLASS MAIL**

Fernando Galindo, Clerk of the Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square, 5th Floor
Alexandria, Virginia 22314

       Re: <u>Jodi C. Mahdavi v. NextGear Capital, Inc. et al./ Eastern District of Virginia</u>
          <u>Case No. 14-cv-0648</u>

Dear Mr. Galindo,

    With regard to the above-referenced matter, enclosed you will find an original, executed Affidavit of Proof of Service of the summons and complaint for P.A.R. Services, Inc., a Defendant in the instant matter. Please file the Proof of Service.

    Should you have any questions, please call me at my office number listed above.

                            Sincerely,

                            Nicole Winters-Brown

Enclosure

RECEIVED MAILROOM
JUL 10 2014
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA