IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.          Case No. 1:14-cv-0648

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

**CERTIFICATE OF SERVICE OF DISCOVERY**

    I hereby certify that on this 1st day of August, 2014 Plaintiff Jodi C. Mahdavi's First Request for the Production of Documents and First Set of Interrogatories to Defendant P.A.R. Services, Inc. were sent by electronic mail to James Bragdon, Esquire, co-counsel for Defendant NextGear Capital, Inc. and James N. Markels, counsel for Defendant P.A.R. Services, Inc., and by facsimile to Willcox & Savage, P.C., co-counsel for Defendant NextGear Capital, Inc.

        /s/ Jonathan E. Levine
        Jonathan E. Levine, Esquire
        Virginia Bar ID No. 45572
        LEVINE, DANIELS & ALLNUTT, PLLC
        Heritage Square
        5311 Lee Highway
        Arlington, Virginia 22207
        Telephone: (703) 525-2668
        Facsimile: (703) 525-8393
        jonathan.levine@levinedaniels.com
        *Counsel for Plaintiff, Jodi C. Mahdavi*