IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

      Plaintiff,

      v.                                     Case No. 1:14-cv-00648-TSE-TCB

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

      Defendants.

## NOTICE OF APPEARANCE

James D. Bragdon, Esq. respectfully submits this Noitce of Appearance on behalf of Nextgear Capital, Inc., in the above-captioned matter. Mr. Bragdon is already admitted as counsel pro hac vice in this case. On July 11, 2014, Mr. Bragdon was admitted to the United States District Court for the Eastern District of Virginia.

                                                Respectfully submitted,

                                                  /s/
                                      James D. Bragdon  (VSB No. 83681)
                                        Attorney for Nextgear Capital, Inc.
                                      GALLAGHER EVELIUS & JONES LLP
                                      218 N. Charles St., Ste. 400
                                      Baltimore, MD 21201
                                      (410) 727-7702
                                      (410) 468-2786 (fax)
                                      jbragdon@gejlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jonathan E. Levine, Esq.
Levine, Daniels, & Allnutt, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia 22207
Telephone: (703) 525-2668
Facsimile: (703) 525-8393
Jonathan.levine@levinedaniels.com

James N. Markels
JACKSON & CAMPELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
jmarkels@jackscamp.com

Respectfully submitted,

_____/s/_____
James D. Bragdon  (VSB No. 83681)
  Attorney for Nextgear Capital, Inc.
Gallagher Evelius & Jones LLP
218 N. Charles St., Ste. 400
Baltimore, MD 21201
(410) 727-7702
(410) 468-2786 (fax)
jbragdon@gejlaw.com