IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:14-cv-00648-TSE-TCB |

## MOTION TO ADMIT ROBERT N. KELLY *PRO HAC VICE*

COMES NOW Defendant P.A.R. Services, Inc., by undersigned counsel, pursuant to Local Rule 83.1(D)(1), and hereby requests that this Court enter an order admitting Robert N. Kelly to practice before this Court *pro hac vice* in this case, and in support thereof submits the Application of Mr. Kelly attached hereto as **Exhibit A**. Undersigned counsel is a member of the Bar of this Court, and I hereby sponsor the admission of Robert N. Kelly as counsel *pro hac vice* in this action.

The Plaintiff and Defendant NextGear Capital, Inc. do not oppose this Motion.

Dated: August 8, 2014.                Respectfully submitted,

                         P.A.R. SERVICES, INC.,
                         By counsel:

                         */s/ James N. Markels*
                         James N. Markels (VA Bar No. 68399)
                         JACKSON & CAMPBELL, P.C.
                         1120 20th Street, N.W.
                         South Tower, Third Floor
                         Washington, D.C. 20036-3437
                         Phone: (202) 457-1600
                         Facsimile: (202) 457-1678
                         Email: jmarkels@jackscamp.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of August, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

  Jonathan E. Levine, Esquire (VA Bar No. 45572)
  LEVINE, DANIELS & ALLNUTT, PLLC
  5311 Lee Highway
  Arlington, Virginia 22207
  Telephone: (703) 525-2668
  Facsimile: (703) 525-8393
  jonathan.levine@levinedaniels.com
  *Counsel for Plaintiff Jodi C. Mahdavi*

  James D. Bragdon, Esquire
  GALLAGHER, EVELIUS & JONES, LLP
  218 North Charles Street, Suite 400
  Baltimore, Maryland 21201
  Telephone: (410) 727-7702
  Facsimile: (410) 468-2786
  jbragdon@gejlaw.com
  *Counsel for Defendant NextGear Capital, Inc.*

          */s/ James N. Markels*
          James N. Markels (VA Bar No. 68399)
          JACKSON & CAMPBELL, P.C.
          1120 20th Street, N.W.
          South Tower, Third Floor
          Washington, D.C. 20036-3437
          Phone: (202) 457-1600
          Facsimile: (202) 457-1678
          Email: jmarkels@jackscamp.com
          *Counsel for Defendant P.A.R. Services, Inc.*

# EXHIBIT A

Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:14-cv-648  , Case Name  Mahdavi v. NextGear Capital, Inc.
Party Represented by Applicant: P.A.R. Services, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Robert Noon Kelly
Bar Identification Number  287276        State  D.C.
Firm Name  Jackson & Campbell, P.C.
Firm Phone #  202-457-1600        Direct Dial #  202-457-1647        FAX #  202-457-1678
E-Mail Address  rkelly@jackscamp.com
Office Mailing Address  1120 20th Street, N.W., South Tower, Third Floor, Washington, D.C. 20036

Name(s) of federal court(s) in which I have been admitted  U.S. Dist. Ct. for D. Md. and D.C.; U.S. Ct. App. for D.C., 4th, and 5th Circuits

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                         8/8/2014
James N. Markels                                    (Date)
(Typed or Printed Name)                             68399
                                                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


(Judge's Signature)                                 (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JODI C. MAHDAVI,** | |
| Plaintiff, | |
| v. | Case No.: 1:14-cv-00648-TSE-TCB |
| **NEXTGEAR CAPITAL, INC.,** *et al.*, | |
| Defendants. | |

ORDER GRANTING
"MOTION TO ADMIT ROBERT N. KELLY *PRO HAC VICE*"

**UPON CONSIDERATION** of Defendant P.A.R. Services, Inc.'s Motion to Admit Robert N. Kelly *Pro Hac Vice*, and any opposition thereto, and

**IT APPEARING** that the Motion should be granted, it is hereby

**ORDERED**, that the Motion to Admit Robert N. Kelly *Pro Hac Vice* be, and hereby is, **GRANTED**; and it is hereby

**ORDERED**, that Robert N. Kelly be, and hereby is, admitted as counsel *pro hac vice* in the above-captioned matter on behalf of Defendant P.A.R. Services, Inc.

By my hand this ___ day of _____, 2014.

_____
Senior Judge T.S. Ellis, III

Copies to:

James N. Markels, Esquire
*Counsel for Defendant P.A.R. Services, Inc.*

James D. Bragdon, Esquire
*Counsel for Defendant NextGear Capital, Inc.*

Jonathan E. Levine, Esquire
*Counsel for Plaintiff*

2809347v.1