IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

      Plaintiff,

      v.                                     Civil Action No. _____

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

      Defendants.

## ORDER

Upon consideration of the Consent Motion for Extension of the Rule 26(a)(1) Disclosure Deadline, the consent of the parties, and the entire record, it is this _____ day of August, 2014, ORDERED:

1. The Consent Motion for Extension of the Rule 26(a)(1) Disclosure Deadline is GRANTED; and it is further

2. ORDERED that no hearing shall be held on this Motion given the consent by the parties; and it is further

3. ORDERED the joint discovery plan and the Court's scheduling order shall be amended to require all Rule 26(a)(1) disclosures by Friday, August 22, 2014.

                                            _____
                                            Judge, United States District Court
                                            For the Eastern District of Virginia