IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.                Case No. 1:14-cv-0648

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this 21st day of October, 2014 Plaintiff, Jodi C. Mahdavi's Objections to NextGear Capital, Inc.'s First Set of Interrogatories and Plaintiff, Jodi C. Mahdavi's Objections to NextGear Capital, Inc.'s First Request for Production of Documents were sent by electronic mail to James D. Bragdon and Ashley W. Winsky, co-counsel for Defendant NextGear Capital, Inc., and James N. Markels and Robert N. Kelly, co-counsel for Defendant P.A.R. Services, Inc.

                                              /s/ Nicole Winters-Brown
                                              Nicole Winters-Brown, Esquire
                                              Virginia Bar No. 85453
                                              LEVINE, DANIELS & ALLNUTT, PLLC
                                              5311 Lee Highway
                                              Arlington, Virginia 22207
                                              Telephone: (703) 525-2668
                                              Facsimile: (703) 525-8393
                                              nicole.winters-brown@levinedaniels.com
                                              *Counsel for Plaintiff, Jodi C. Mahdavi*