**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JODI C. MAHDAVI,** | |
| **Plaintiff,** | |
| **v.** | Case No.: 1:14-cv-00648-TSE-TCB |
| **NEXTGEAR CAPITAL, INC.,** *et al.*, | |
| **Defendants.** | |

## ORDER GRANTING
## "MOTION FOR LEAVE TO FILE CROSS-CLAIM"

**UPON CONSIDERATION** of Defendant P.A.R. Services, Inc.'s Motion for Leave to File Cross-Claim, and

**IT APPEARING** that the Motion should be granted, it is hereby

**ORDERED,** that the Motion for Leave to File Cross-Claim be, and hereby is, **GRANTED;** and it is hereby

**ORDERED,** that the lodged Cross-Claim attached as Exhibit One to the Motion be admitted by the Clerk of this Court as though filed by Defendant P.A.R. Services, Inc. on the date of this Order.

By my hand this 3rd day of _November_, 2014.

_/s/_

Theresa Carroll Buchanan
United States Magistrate Judge