IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.          Case No. 1:14-cv-0648

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2014 Plaintiff, Jodi C. Mahdavi served a Notice of Deposition to Designated Representative(s) of Defendant NextGear Capital, Inc. and a Notice of Deposition to Designated Representative(s) of Defendant P.A.R. Services, Inc. by electronic mail and first class mail, postage prepaid to James D. Bragdon and Ashley W. Winsky, co-counsel for Defendant NextGear Capital, Inc., and James N. Markels and Robert N. Kelly, co-counsel for Defendant P.A.R. Services, Inc.

        /s/ Nicole Winters-Brown
        Nicole Winters-Brown, Esquire
        Virginia Bar No. 85453
        LEVINE, DANIELS & ALLNUTT, PLLC
        Heritage Square
        5311 Lee Highway
        Arlington, Virginia 22207
        Telephone: (703) 525-2668
        Facsimile: (703) 525-8393
        nicole.winters-brown@levinedaniels.com
        *Counsel for Plaintiff, Jodi C. Mahdavi*