IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.               Case No. 1:14-cv-0648

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

**CERTIFICATE OF SERVICE OF DISCOVERY**

    I hereby certify that on this 5th day of November, 2014 Plaintiff, Jodi C. Mahdavi's Answers to NextGear Capital, Inc.'s First Set of Interrogatories and Plaintiff, Jodi C. Mahdavi's Responses to NextGear Capital, Inc.'s First Request for Production of Documents were sent by electronic mail and first class mail, postage prepaid to James D. Bragdon and Ashley W. Winsky, co-counsel for Defendant NextGear Capital, Inc., and James N. Markels and Robert N. Kelly, co-counsel for Defendant P.A.R. Services, Inc.

                                                /s/ Nicole Winters-Brown
                                                Nicole Winters-Brown, Esquire
                                                Virginia Bar No. 85453
                                                LEVINE, DANIELS & ALLNUTT, PLLC
                                                5311 Lee Highway
                                                Arlington, Virginia 22207
                                                Telephone: (703) 525-2668
                                                Facsimile: (703) 525-8393
                                                nicole.winters-brown@levinedaniels.com
                                                *Counsel for Plaintiff, Jodi C. Mahdavi*