IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

    Plaintiff,

v.

NEXTGEAR CAPITAL, INC., *et al.*,

    Defendants.

Case No.: 1:14-cv-00648-TSE-TCB

## EXHIBIT LIST FOR DEFENDANT P.A.R. SERVICES, INC.

COMES NOW Defendant P.A.R. Services, Inc., by undersigned counsel, and hereby provides its list of exhibits for trial.

1. Demand Promissory Note and Loan and Security Agreement (NG000013-NG000033).

2. Certificate of Title for the vehicle with the VIN #WBA6B4C53DD097953, issued December 7, 2012.

3. Emails from May, 2014, and attachments (P.A.R. SERVICES 000069-000074).

4. NextGear Notice of Default (NG0000130).

5. Maryland Certificate of Title for the vehicle with the VIN #WBA6B4C53DD097953, issued April 11, 2014. (MAHDAVI 000001).

6. Retail Purchase Agreement (MAHDAVI 000019-000020).

7. PAR Inspection and Inventory Report (P.A.R. SERVICES 000079).

8. Navid Mahdavi's Answers to Rule 31 Written Deposition Questions.

9. Any exhibits offered by any other party.

    10. Any rebuttal exhibits as needed at trial.

Dated: November 19, 2014.                  Respectfully submitted,

                                                P.A.R. SERVICES, INC.,
                                                By counsel:

                                                */s/ James N. Markels*
                                                James N. Markels (VA Bar No. 68399)
                                                JACKSON & CAMPBELL, P.C.
                                                1120 20th Street, N.W.
                                                South Tower, Third Floor
                                                Washington, D.C. 20036-3437
                                                Telephone: (202) 457-1600
                                                Facsimile: (202) 457-1678
                                                Email: jmarkels@jackscamp.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of November, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

    Jonathan E. Levine, Esquire (VA Bar No. 45572)
    LEVINE, DANIELS & ALLNUTT, PLLC
    5311 Lee Highway
    Arlington, Virginia 22207
    Telephone: (703) 525-2668
    Facsimile: (703) 525-8393
    jonathan.levine@levinedaniels.com
    *Counsel for Plaintiff Jodi C. Mahdavi*

    James D. Bragdon, Esquire
    GALLAGHER, EVELIUS & JONES, LLP
    218 North Charles Street, Suite 400
    Baltimore, Maryland 21201
    Telephone: (410) 727-7702
    Facsimile: (410) 468-2786
    jbragdon@gejlaw.com
    *Counsel for Defendant NextGear Capital, Inc.*

            */s/ James N. Markels*
            James N. Markels (VA Bar No. 68399)
            JACKSON & CAMPBELL, P.C.
            1120 20th Street, N.W.
            South Tower, Third Floor
            Washington, D.C. 20036-3437
            Telephone: (202) 457-1600
            Facsimile: (202) 457-1678
            Email: jmarkels@jackscamp.com
            *Counsel for Defendant P.A.R. Services, Inc.*