IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.                        Case No. 1:14-cv-0648-TSE-TCB

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

## PLAINTIFF JODI C. MAHDAVI'S PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, the joint discovery plan filed by the parties and the scheduling order previously entered, the Plaintiff, Jodi C. Mahdavi ("Mrs. Mahdavi"), by Counsel, hereby makes the following Rule 26(a)(3) Disclosures on the Defendants NextGear Capital, Inc. and P.A.R. Services, Inc.:

### I. Witnesses

Mrs. Mahdavi reserves the right to call any and all witness arising out of discovery not completed to date, and to call impeachment and rebuttal witnesses as necessary.  Mrs. Mahdavi expects to call the following witnesses at trial: Jodi C. Mahdavi; Kerry Howard, Pentagon Federal Credit Union; Custodian of Records, Pentagon Federal Credit Union; Custodian of Records, Bank of America; April Rector, P.A.R. Services, Inc.; David Freeman, NextGear Capital, Inc.; Lisa Long, NextGear Capital, Inc.  Each of the foregoing witnesses have been identified in the Rule 26(a) Initial Disclosures filed by the parties or through discovery.

Mrs. Mahdavi may call, if the need arises, Navid Mahdavi (a/k/a Alex Mahdavi); Corporate Representative of Manheim.  Each of the foregoing witnesses have been identified in the Rule 26(a) Initial Disclosures filed by the parties or through discovery.

### II.      Deposition Designations

While Mrs. Mahdavi does not presently expect to designate or present any witness testimony by deposition at this time, depositions in this matter are ongoing or incomplete.  The transcripts of the depositions previously taken are unavailable at this time.  Mrs. Mahdavi may seek to introduce the deposition transcripts of David Freeman or April Rector should the need arise.

### III.     Exhibits

Mrs. Mahdavi identifies the following documents that she expects to introduce as evidence at trial:

1.  Maryland Certificate of Title number 45565166;

2.  Promissory Note between Pentagon Federal Credit Union and Jodi C. Mahdavi dated April 16, 2014;

3.  Pentagon Federal Credit Union check in the amount of $64,941.70 dated 4/16/2014, payable to BW Auto Outlet and Jodi C. Mahdavi;

4.  Pentagon Federal Credit Union statements for April 2014 through September 2014;

5.  Letter from Jodi Mahdavi to P.A.R. Services, Inc. dated May 23, 2014;

6.  Letter from Pentagon Federal Credit Union to Jodi Mahdavi dated June 13, 2014;

7.  Retail Purchase Agreement between Baltimore Washington Auto Outlet and Jodi C. Mahdavi dated March 11, 2014;

8. Bank of America account statement for account ending in 2476 for the time period of February 2014 to March 2014;

9. Merchant's Tire & Auto Center Receipt dated April 24, 2014;

Mrs. Mahdavi reserves the right to submit any exhibit identified by any other party, and any rebuttal or impeachment exhibits. If Mrs. Mahdavi does not offer or seek the admissibility of any of the foregoing, the Plaintiff, by identifying any of the foregoing, has not waived any objection that would be permissible should any other party offer into evidence any such document.

                                                                                     Jodi C. Mahdavi
                                                                                       By Counsel

LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia  22207
Telephone:  (703) 525-2668
Facsimile:  (703) 525-8393
jonathan.levine@levinedaniels.com

By    /s/ Jonathan E. Levine
    Jonathan E. Levine, Esquire
    VA Bar ID 45572
    *Counsel for the Plaintiff, Jodi C. Mahdavi*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2014 the foregoing was served via CM/ECF on the following: James Bragdon, Esquire, GALLAGHER, EVELIUS & JONES, LLP, 218 N. Charles Street, Suite 400, Baltimore, Maryland 21201, jbragdon@gejlaw.com, *Co-Counsel for NextGear Capital, Inc.;* Ashley W. Winsky, Esquire, MCGUIREWOODS, LLP, 310 Fourth Street, N.E., Suite 300, Charlottesville, Virginia 22902, awinsky@mcguirewoods.com, *Co-Counsel for NextGear Capital, Inc.; and* James N. Markels, JACKSON & CAMPBELL, P.C., 1120 20th Street, N.W., South Tower, Third Floor, Washington, D.C. 20036, jmarkels@jackscamp.com, *Counsel for P.A.R. Services, Inc.*

                                                                               /s/ Jonathan E. Levine
                                                                             Jonathan E. Levine, Esquire