# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.:     1:14-CV-00648-TSE-TCB
Date:         11/20/2014
Court Time:   01:29PM-01:46PM (00:17)

Docket Entry:     **FINAL PRETRIAL CONFERENCE**

**JODI C. MAHDAVI**

v.

**NEXTGEAR CAPITAL, INC. et al**

**Present:**          Honorable **T.S. ELLIS, III**, United States District Judge

| | |
|---|---|
| Courtroom Deputy: | Margaret Pham |
| Court Reporter: | Michael A. Rodriquez |
| Plaintiff's Counsel: | Jonathan E. Levine |
| Defendant's Counsel: | James D. Bragdon |
| | James N. Markels |

**PROCEEDINGS (Final Pretrial Conference):**

- Parties note that they wish to proceed before a Magistrate Judge

- Notice of Availability of a USMJ to Exercise Jurisdiction form filed and entered in open court