UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:14cv648 |
| | ) |
| NEXTGEAR CAPITAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON REPRESENTATION by counsel that the parties are in agreement, the briefing schedule for summary judgment shall be as follows: motions for summary judgment will be due by 5pm December 3rd, 2014, responses or oppositions will be due by 5pm on December 16th, 2014, and reply briefs will be due by 5pm on December 19th, 2014.  Oral argument on any motion for summary judgment will be heard on January 9th, 2015 at 10am.  A trial date will also be set on January 9th.

ENTERED this 2nd day of December, 2014.

```
                              _/s/_____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia