IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

      Plaintiff,

      v.                            Civil Action No. 1:14-cv-0648

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

      Defendants.

## ORDER

Upon consideration of Defendant NextGear's Capital, Inc.'s Motion for Summary Judgment (the "Motion"), any opposition and reply, and argument of counsel, it is this _____ day of _____, 20___, ORDERED and ADJUDGED that:

(1)    Defendant NextGear Capital, Inc.'s Motion is GRANTED;

(2)    Judgment is entered in favor of NextGear Capital on all counts of Plaintiff's complaint.

(3)    A copy of this Order shall be sent to all counsel of record.

                                                        _____
                                                        Judge, United States District Court
                                                     for the Eastern District of Virginia