

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note:* This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [x] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING:** 202261 (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [x] Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT** (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**
- Seller's Signature: [signature]
- Street Address: Financial Services Vehicle T, 5550 Britton Parkway, Hilliard, Ohio 43026
- Seller's Name (Print in Full): DALE RUSSELL
- Date of Statement: 1/27/14

**Buyer**
- Buyer's Signature: Chris Wallace
- Street Address: 5947 E Circle Dr
- City: Cicero
- State: NY
- ZIP code: 13039
- Buyer's Name (Print in Full): BURDICK BMW
- Date of Statement: 1/27/14

COPY

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note:* This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading *(check one):*
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING:** (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**
- Seller's Signature:
- Street Address:
- City:
- State:
- ZIP code:
- Seller's Name (Print in Full):
- Date of Statement:

**Buyer**
- Buyer's Signature:
- Street Address:
- City:
- State:
- ZIP code:
- Buyer's Name (Print in Full):
- Date of Statement:

MV-999 (1/11)   H 7531459

Boat Dealer's Facility #

# New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE

**No. 47099067**

*47099067*

**TYPE OF SALE**
- [XX] WHOLESALE OR [ ] RETAIL:
- [ ] New  [XX] Used  [ ] Demo  [ ] Salvage

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2013 | BMW | 6 SERIES | 4DSD | WH | 4605 | GAS | 8 | |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBA6B4C53DD097953 | L0 NA | NA | | 7008339 |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price $ |
|---|---|---|---|
| N/A | | | N/A |

**DEALER INFORMATION** *(Print Name and Address)*

CARRIAGE TRADERS  170 SARATOGA AVE.  SOUTH GLENS FALLS NY 12803

**PURCHASER INFORMATION** *(Print Name and Address)*

BALTIMORE WASHINGTON AUTO OUTLET
2747 ANNAPOLIS RD HANOVER MD 21076

**Date of Sale:** 02/20/2014

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

BURDICK BMW INC
5947 EAST CIRCLE DR  CICERO NY 13039

**Date of Purchase:** 02/03/2014

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: [ ] 5 digits [XX] 6 digits, not including tenths

- [XX] I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.
- [ ] I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."
- [ ] I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

**ODOMETER READING:** 2 1 2 5 0 (no tenths)

**DEALER CERTIFICATION:**

*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

**DEALER** *(or authorized representative)* - (SIGN full name): *Barbara De Jong*

**PRINT** full name of dealer or authorized rep.: CARRIAGE TRADERS

**Date:** 02/20/2014

**Dealer Facility No.:** 7018079

**PURCHASER** - *(SIGN full name):*

**PRINT** full name of purchaser: BALTIMORE WASHINGTON AUTO OUTLET

**Date:** 02/20/2014

**Selling Dealer NYS Sales Tax No.:** 14-1638813

COPY

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

MV-50 (03/04)

# New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE

**No. 47099067**

**TYPE OF SALE**
- [x] WHOLESALE OR [ ] RETAIL:
- [ ] New [x] Used [ ] Demo [ ] Salvage

### VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2013 | BMW | 6 SERIES | 4DSD | WH | 4605 | GAS | 8 | |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBA6B4C53DD097953 | L0 NA | | NA | 7008339 |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price $ |
|---|---|---|---|
| | N/A | | N/A |

### DEALER INFORMATION (Print Name and Address)
CARRIAGE TRADERS   170 SARATOGA AVE   SOUTH GLENS FALLS NY 12803

### PURCHASER INFORMATION (Print Name and Address)
BALTIMORE WASHINGTON AUTO OUTLET
2747 ANNAPOLIS RD  HANOVER MD 21076

**Date of Sale:** 02/20/2014

### PRIOR OWNER INFORMATION (Print Name and Address Source of Ownership)
BURDICK BMW INC
5947 EAST CIRCLE DR  CICERO NY 13039

**Date of Purchase:** 02/03/2014

### ODOMETER DISCLOSURE STATEMENT
Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:  [ ] 5 digits  [XX] 6 digits, not including tenths

- [x] I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.
- [ ] I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."
- [ ] I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 2 1 2 5 0 (no tenths)

### DEALER CERTIFICATION:
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| [signature] | CARRIAGE TRADERS | 02/20/2014 | 7018820 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | BALTIMORE WASHINGTON AUTO OUT | 02/20/2014 | 14-1638813 |

## PART 3 — CUSTOMER COPY
### ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE

MV-50 (03/04)

COPY

# New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE
### No. 46630436

*46630436*

0085

**TYPE OF SALE**
- [x] WHOLESALE OR [ ] RETAIL:
- [ ] New  [x] Used  [ ] Demo  [ ] Salvage

**VEHICLE INFORMATION:** STK# P255131D

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2013 | BMW | 6XD | 4DSD | WH | 4,605 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBA6B4C53DD097953 | NA | NA | NA | 7006386 |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | N/A | [ ] | $ NA |

**DEALER INFORMATION** (Print Name and Address)
BURDICK BMW INC    5947 East Circle Dr    Cicero, NY 13039

**PURCHASER INFORMATION** (Print Name and Address)
CARRIAGE TRADERS    170 SARATOGA AVE GLENS FALLS, NY 12803-0000
Date of Sale: 2/3/2014

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)
FINANCIAL SERVICES VEHICLE TRUST    5550 BRITTON PKWY HILLIARD OH 43026
Date of Purchase: 01/27/14

COPY

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: [ ] 5 digits  [x] 6 digits, not including tenths

- [x] I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.
- [ ] I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."
- [ ] I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 2 0 2 6 1 (no tenths)

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| And Wallace | Andrea Wallace | 2/3/2014 | 7006386 |

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| Cheryl Norman | CARRIAGE TRADERS / Cheryl Norman | 2/3/2014 | 16-1180373 |

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

MV-50 (03/04)



## TERMS OF SALE

SELLER and PURCHASER agree to abide by all AUCTION arbitration and other policies, the Manheim Terms and Conditions, and any applicable online agreements, which are incorporated herein, as well as all policy decisions of AUCTION management.

PURCHASER and SELLER agree that these Terms of Sale, including those on the front, shall be of the same force and effect as though personally signed by them even though they may have only provided their customer identification number, AuctionACCESS card electronic consent, or other authorized signature.

Any adjustments or rejections must be made prior to settlement. The Vehicle must be paid for on day of purchase, or this sale may be considered null and void at AUCTION'S discretion.

SELLER and PURCHASER agree that AUCTION is not a bailee and is not responsible for loss or damage to the Vehicle or related items while on AUCTION premises or during transport. AUCTION may charge a reasonable daily storage fee of up to $25 per day should the Vehicle be left on AUCTION premises.

SELLER and PURCHASER agree that AUCTION and its affiliates retain the right to cease doing business with either of them, or their agents, in each case as AUCTION or its affiliates see fit. SELLER and PURCHASER further agree that AUCTION may disclose any information regarding this transaction to affiliates or third parties as AUCTION sees fit.

**Title to the Vehicle does not pass to PURCHASER until good funds are received. PURCHASER grants AUCTION and its affiliates a security interest in the Vehicle to secure payment of the purchase price and of any other debt owing from PURCHASER or its affiliates to AUCTION or its affiliates. PURCHASER agrees AUCTION may resell the Vehicle, if repossessed, at a regular AUCTION sale or through any affiliated sale, including Manheim's online sales channels.**

PURCHASER agrees: (i) to purchase the Vehicle for the purchase price shown; (ii) before settling for the Vehicle, to check the serial and/or engine numbers on the Vehicle with those on the title and to check the actual condition of the Vehicle with its description and with the recommendation, if any, when offered for sale; (iii) not to resell the Vehicle until good funds have been transmitted to AUCTION; (iv) upon making settlement in cash or by check or draft in lieu of cash, to consider the transaction a fully consummated cash transaction for present consideration; (v) that no stop payment of PURCHASER'S check to AUCTION shall be honored; (vi) **that any stop payment order of a check/draft or giving a check/draft which is returned unpaid shall be deemed by the parties to be evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction**; (vii) that AUCTION may deposit any check or draft immediately upon receiving it, regardless of whether the Vehicle's certificate of title has been submitted by SELLER or whether AUCTION has agreed to hold the check or draft pursuant to a float arrangement; (viii) to make any claim of defects in the Vehicle with SELLER, which shall be solely responsible for those claims, and to immediately notify AUCTION pursuant to its policies; (ix) that PURCHASER will remove the Vehicle from AUCTION'S premises immediately after payment; and (x) that PURCHASER is responsible for PURCHASER'S own transportation.

PURCHASER represents to AUCTION that it is solvent, that it is a licensed motor vehicle dealer in good standing, and that the Vehicle is purchased solely for resale.

SELLER represents and promises that SELLER is the true and lawful owner of the Vehicle; that the same is free from all liens and encumbrances; that SELLER has good right and full power and authority to sell and transfer title to the same; and that SELLER will warrant and defend the same against the claims and demands of all persons whomsoever.

SELLER agrees that any amounts owing to AUCTION or its affiliates may be deducted from the proceeds due SELLER and that AUCTION may stop payment or refuse to authorize payment on any check or draft to SELLER pursuant to this right of setoff. AUCTION may hold any property of SELLER or PURCHASER in AUCTION'S possession for a reasonable period of time pending any odometer fraud, VIN-switch, or similar investigation.

SELLER acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to the Vehicle on the reverse of this invoice and/or on the certificate of title.

Upon payment to SELLER, AUCTION shall be subrogated to all of SELLER'S and PURCHASER'S rights, and SELLER and PURCHASER agree to do or sign whatever is necessary, in AUCTION'S discretion and promptly upon AUCTION'S request, to secure such rights and do nothing to prejudice them.

Time is of the essence with all duties of PURCHASER and SELLER hereunder.

## LIMITED TITLE GUARANTEE

Upon full payment by PURCHASER and upon delivery of the certificate of title to PURCHASER, AUCTION, in accordance with the following terms and conditions, guarantees the title of the Vehicle to be free and clear of all liens and encumbrances as of such delivery. This limited guarantee shall last for a period of four (4) years from the date of sale as shown on the face of this invoice and applies only to stolen vehicles and mortgage liens. **The amount of AUCTION'S liability under this limited guarantee of title shall never exceed the auction sale price of the Vehicle and shall be reduced by deducting from said sale price two percent (2%) on the first of each month following the date of this transaction, with all liability of AUCTION expiring and terminating on the first day of the 48th month after the transaction.**

AUCTION'S limited guarantee of title is expressly limited to PURCHASER of the Vehicle and is not negotiable or transferable. The limited guarantee shall be void if the purchase price for the Vehicle is not paid by PURCHASER, and it does not protect against defects in the title known to PURCHASER whether or not listed as exceptions on the face of this invoice.

Whenever any claim is made by any person against the title of the Vehicle, whether by suit or otherwise, PURCHASER shall, within five (5) days after becoming aware of said claim, notify AUCTION, giving full particulars of the claim, and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Any failure on the part of PURCHASER to notify AUCTION of any such claim within such five (5) day period or to cooperate in defending it shall void AUCTION'S liability under this limited guarantee.

PURCHASER shall not surrender possession of the Vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, in each case without the prior written approval of AUCTION.

On payment of any claim under this limited guarantee, PURCHASER will return the Vehicle to AUCTION, if and as requested, and execute all necessary documentation subrogating its right to recover against SELLER, and others, to AUCTION.

## DISCLAIMERS AND INDEMNIFICATION

SELLER and PURCHASER agree that AUCTION is neither responsible for odometer mileage on the Vehicle nor for the information contained in the odometer mileage statement which SELLER, as Transferor, is required to complete and sign, and PURCHASER, as Transferee, is required to acknowledge.

SELLER and PURCHASER agree that all representations or disclosures concerning the Vehicle are solely the responsibility of SELLER, whether made on the block, before the sale, on these Terms of Sale, or otherwise, and acknowledge and agree that AUCTION has made no representations or disclosures whatsoever about the Vehicle.

AUCTION is merely performing an auction service and expressly disclaims all express and/or implied warranties as to merchantability, fitness, or any other matter whatsoever, other than the limited title guarantee set forth above.

SELLER and PURCHASER agree, jointly and severally, to indemnify and hold AUCTION and its affiliates harmless from and against any and all liability, loss, cost, damage, or expense, including attorneys' fees, which are in any way related to or may otherwise arise, either directly or indirectly, from the Vehicle, including, but not limited to, the purchase or sale of the Vehicle, any matters relating to odometer mileage or odometer mileage statements, any damage or condition disclosures or lack thereof, and/or any damage caused by transporters or other agents for either.

If AUCTION is required to make or defend a claim as a result of this transaction against either SELLER or PURCHASER or an agent, employee, insurer, or bonding company of either, then AUCTION shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorneys' fees in an amount not less than twenty-five percent (25%) of the amount of the claim, regardless of whether suit is filed, including appellate and bankruptcy fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of one and one-half percent (1.5%) per month, or the highest rate permitted by law, whichever is greater.

The Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by PURCHASER for resale. In the event that the Vehicle is used for any purpose other than for resale, PURCHASER will pay directly to the proper taxing authorities such sale or use tax as may then be accrued and become payable. PURCHASER further certifies that it holds a retail sales tax registration certificate, license, or other permit, issued by the sales taxing authority of SELLER'S state, county, and/or country, as appropriate.

AUCTION MANAGEMENT RESERVES THE RIGHT TO VOID ANY TRANSACTION