# UCC APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| ✓ UO – Original Financing Statement | $25.00 |
| UOA – Original Financing Statement with assignment | $25.00 |
| UOTU – Original Financing Statement Transmitting Utility | $25.00 |
| UMA – Amendment | $25.00 |
| UMDA – Amendment – Debtor Added | $25.00 |
| UMDC – Amendment – Debtor Name Change | $25.00 |
| UMDD – Amendment – Debtor Deleted | $25.00 |
| UMSA – Amendment – Secured Party Added | $25.00 |
| UMSC – Amendment – Secured Party Name Change | $25.00 |
| UMSD – Amendment – Secured Party Deleted | $25.00 |
| UMC – Amendment – Continuation | $25.00 |
| UMT – Amendment – Termination | $25.00 |
| UMZ – Amendment – Assignment | $25.00 |
| UMZP – Amendment – Partial Assignment | $25.00 |
| UMCS – Amendment – Correction Statement | $25.00 |
| UOMH – Manufactured Home – Original Financing Statement | $25.00 |
| UOPF – Public Finance – Original Financing Statement | $25.00 |
| Documents Nine (9) Pages or More | $75.00 |
| Certified Copies | |
| Plain Copies | |
| **TOTAL FEES:** | 275 |

```
1000361999453362

RECORDED ON 03/08/2010  AT 04:04 PM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0001838873  ACK # 1000361999453362
ORIGINAL FILE NUMBER:  0000000181390319
PAGES: 0002
```

☐ OTHER CHANGES: _____

_____

_____

Code _____

Attention: _____

CT LIEN SOLUTIONS
P O BOX 29071
GLENDALE CA 91209-9071

## NO FEE TRANSACTION TYPES

- URC – Copies
- UNCP – Void – Non-Payment
- UCC – Cancellation
- UCR – Reinstatement
- UCO – Departmental Action
- UCREF – Refund Recordation Tax
- UCIS – Incorrect ID Number
- XOVRU – UCC Overrides
- UMFC – Filing Office Correction Statement

**Method of Payment:**

Cash ☐   Check ☑   Credit Card ☐

Number of Checks ☐

Comments(s):

```
CUST ID:0002395835
WORK ORDER:0001838873
DATE:03-09-2010 11:41 AM
AMT. PAID:$275.00
```

Stamp work order and customer number here

NG000051

```
CUST ID:0002395835
WORK ORDER:0001838873
DATE:03-09-2010 11:41 AM
AMT. PAID:$275.00
```

RECEIVED

2010 MAR -8 P 4:04

DEPARTMENT
OF ASSESSMENTS
& TAXATION

Phone:(800) 331-3282 Fax: (818) 662-····

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)   16554 DEALER SERVICE

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

22291409

MDMD

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BELTWAY AUTO BROKERS, LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2747 Annapolis Road | | Hanover | MD | 21076 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: MD | 1g. ORGANIZATIONAL ID #, if any W07774565 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Baltimore Washington Auto Outlet | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2747 Annapolis Road | | Hanover | MD | 21076 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: DBA LLC | 2f. JURISDICTION OF ORGANIZATION: MD | 2g. ORGANIZATIONAL ID #, if any | ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Dealer Services Corporation | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 1320 City Center Drive, Suite 100 | | Carmel | IN | 46032 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All Debtors assets and properties wherever located, including without limitation all equipment of any kind or nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by Dealer Services Corporation for Debtor of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtors documents, books and records relating to the forgoing.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| 22291409    52729    113 | | | | | NG000052 | |

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282   Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)   X00442 DEALER SERVIC

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

38182787
MDMD

CUST ID: 0002926451
WORK ORDER: 0004143031
DATE: 05-21-2013 12:33 PM
AMT. PAID: $25.00

RECEIVED

2013 MAY 20 A 11:14

1a. INITIAL FINANCING STATEMENT FILE #
0000000181390319  08-MAR-2010  SS  MD

☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. **CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME: DEALER SERVICES CORPORATION
OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. **CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: NEXTGEAR CAPITAL, INC.
OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1320 City Center Dr, Suite 100 | Carmel | IN | 46032 | USA |

7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any  ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME: DEALER SERVICES CORPORATION
OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
38182787 Debtor Name: BELTWAY AUTO BROKERS, LLC  992415  MAFS

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071
Glendale, CA 91209-9071 Tel (800) 331-3282

NG000126

## Floored Vehicle History Report

Start Date 01/01/05 End Date 08/29/2014
Region Not Selected Market Not Selected
Business Baltimore Washington Auto Outlet (52729) Finance Program Not Selected
Payee Both Source Both
LOC Type Not Selected Purchased Total $7,354,943.64
Flooring Status Not Selected Financed Total $6,933,092.16
Include Business As Buyer Vehicle Count 359
Approved By Not Selected Dealer Count 1
Sort By Stock Number
Requested By Janelle Smart Report Date FRI 08/29/2014 1:23.02 PM

Floored Vehicle History Report

| Dlr # | Dealer Name | Market | Stk # | Year | Make | Model | VIN | Purch Date | Floor Date | Comp Date | Flr St | T S | VS | Pa-yee | LOC | Term Plan | Seller | S T | Purchased Amount | Financed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52729 | Baltimore Washington Auto Outlet | Baltimore | 356 | 2013 | BMW | 6-Series 650xi Gran Coupe | WBA6B4C5 3DD097953 | 04/04/1 2014/02/20 4 | | | A | R | D | S | Retail | D60/30/30 -- F80/65/65 -- R1.5 -- C%5/5 (Post Conversion 90 Terms) | Manheim Pennsylvania | U S | $70,835.00 | $70,835.00 |
| TOTAL | | | | | | | | | | | | | | | | | | | | |

Requested By Janelle Smart Page 1 of 1

NG000047



# Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | Baltimore Washington Auto Outlet(52729) | Report Date | THU, 04/24/2014, 12.50.11 PM |
| Exclude Default Dealers | False | Requested By | Shannon Landreth |
| Exclude Account Level Charges | False | Include Comments | No |
| Dealer Finance Type | All | | |

## Customer Profile

| | |
|---|---|
| Name: | Baltimore Washington Auto Outlet |
| Dealer Id: | 52729 |
| Address Line 1: | 2747 Annapolis Road |
| Address Line 2: | |
| City, State, ZIP: | Hanover, MD 21076 |
| Phone: | (301)621-2926 |
| Fax: | (301)621-1243 |

## Market Info & Account Profile

| | |
|---|---|
| Market: | Baltimore (253) |
| Market Phone: | (202)486-7081 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| | | $.00 | |

Total Account Charges for Baltimore Washington Auto Outlet (52729)
$.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $1,400,000.00 | $100,000.00 | 06/01/2014 | $1,500,000.00 | $1,351,416.73 | $.00 | D60/30/30 -- F80/65/65 -- R1.5 -- C%5/5 (Post Conversion 90 Terms) |

Total Line of Credit for Baltimore Washington Auto Outlet (52729)

| | $1,400,000.00 | $100,000.00 | | $1,500,000.00 | $1,351,416.73 | $.00 | |

| Floor Date | Last Days | Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Retail Inventory Detail for Baltimore Washington Auto Outlet (52729)**

Report Run time: THU, 04/24/2014, 12.50.11 PM

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/13 | 191 | 03/03/14 | CUV | 2011 Jagu XJ | Whi | V20606 | 194 | FR | 04/17/14 | S | Manheim Pennsylvania | $45,515.00 | $30,418.24 | $.00 | $85.00 | $420.02 | $.00 | $65.00 | $30,988.26 |
| 10/16/13 | 190 | 03/03/14 | SOT | 2008 Merc CL C | Bla | 014089 | 196 | FR | 04/17/14 | S | ADESA Washington DC | $38,865.00 | $25,973.97 | $.00 | $85.00 | $358.83 | $.00 | $65.00 | $26,482.80 |
| 10/10/13 | 196 | 04/10/14 | CUV | 2011 BMW 7-Se | Unk | 434490 | 197 | FR | 05/27/14 | S | Manheim Pennsylvania | $39,450.00 | $22,410.19 | $.00 | $85.00 | $82.93 | $.00 | $.00 | $22,578.12 |
| 10/10/13 | 196 | 04/10/14 | CUV | 2008 BMW X5 | Unk | 035965 | 198 | FR | 05/27/14 | S | Manheim Pennsylvania | $27,510.00 | $15,627.49 | $.00 | $85.00 | $57.91 | $.00 | $.00 | $15,770.40 |
| 10/17/13 | 189 | 03/17/14 | CUV | 2008 GMC Yuko | Bro | 250610 | 227 | FR | 04/16/14 | S | MAFS Pennsylvania | $27,415.31 | $16,836.43 | $.00 | $85.00 | $88.99 | $.00 | $65.00 | $17,075.42 |
| 10/24/13 | 182 | 03/10/14 | SOT | 2008 Merc S Cl | Bla | 142216 | 246 | FR | 04/24/14 | S | Manheim Pennsylvania | $51,090.00 | $34,144.08 | $.00 | $85.00 | $407.41 | $.00 | $.00 | $34,636.49 |
| 11/01/13 | 174 | 03/17/14 | CUV | 2007 Merc C Cl | Unk | 919271 | 248 | FR | 05/01/14 | S | Manheim Pennsylvania | $12,860.00 | $11,606.15 | $.00 | $75.00 | $61.39 | $.00 | $.00 | $11,742.54 |
| 11/04/13 | 171 | 03/20/14 | RHD | 2007 AUDI Q7 | Gra | 056895 | 251 | ST | 05/05/14 | S | Manheim Pennsylvania | $19,370.00 | $17,481.43 | $.00 | $75.00 | $84.98 | $.00 | $50.00 | $17,691.41 |
| 11/07/13 | 168 | 03/24/14 | PFC | 2006 GMC Yuko | Bla | 141625 | 255 | FR | 05/08/14 | S | Manheim Pennsylvania | $13,435.00 | $12,125.09 | $.00 | $75.00 | $52.28 | $.00 | $.00 | $12,252.37 |
| 11/01/13 | 174 | 03/17/14 | RHD | 2007 BMW X3 | Unk | J00167 | 257 | ST | 05/01/14 | S | Manheim Pennsylvania | $14,315.00 | $12,919.29 | $.00 | $75.00 | $68.30 | $.00 | $50.00 | $13,112.59 |
| 11/15/13 | 160 | 03/17/14 | SOT | 2009 Merc M Cl | Bla | 499181 | 264 | FR | 04/16/14 | S | Manheim Pennsylvania | $25,080.00 | $15,402.26 | $.00 | $70.00 | $85.51 | $.00 | $65.00 | $15,622.77 |
| 11/18/13 | 157 | 04/04/14 | CUV | 2008 MERC E350 | Unk | 192609 | 269 | FR | 05/19/14 | S | Manheim Pennsylvania | $23,230.00 | $15,524.90 | $.00 | $85.00 | $82.29 | $.00 | $.00 | $15,692.19 |
| 11/21/13 | 154 | 04/07/14 | RHD | 2006 MERC E350 | Bla | 885367 | 271 | ST | 05/22/14 | S | Manheim Pennsylvania | $16,295.00 | $14,706.24 | $.00 | $75.00 | $34.71 | $.00 | $50.00 | $14,865.95 |
| 12/04/13 | 141 | 02/28/14 | PFC | 2010 Toyo Sien | Bla | 029629 | 278 | FR | 04/18/14 | B | Manheim Pennsylvania | $22,100.00 | $20,995.00 | $.00 | $75.00 | $160.51 | $.00 | $65.00 | $21,295.51 |
| 12/04/13 | 141 | 02/28/14 | SOT | 2013 Dodg Chal | Red | 536750 | 279 | FR | 04/18/14 | B | Manheim Pennsylvania | $20,275.00 | $19,261.25 | $.00 | $75.00 | $147.30 | $.00 | $65.00 | $19,548.55 |
| 12/19/13 | 126 | 03/17/14 | RHD | 2010 Infi G37 | Sil | 253321 | 287 | ST | 05/05/14 | S | Manheim Pennsylvania | $16,330.00 | $15,513.50 | $.00 | $75.00 | $156.50 | $.00 | $50.00 | $15,795.00 |
| 12/27/13 | 118 | 03/26/14 | PFC | 2011 AUDI Q5 2 | Whi | 073648 | 291 | FR | 05/12/14 | S | Manheim Pennsylvania | $25,035.00 | $23,783.25 | $.00 | $75.00 | $182.60 | $.00 | $.00 | $24,040.85 |
| 12/27/13 | 118 | 03/26/14 | RHD | 2006 Humm H2 | Mar | 106479 | 292 | ST | 05/12/14 | S | Manheim Pennsylvania | $18,570.00 | $17,641.50 | $.00 | $75.00 | $135.60 | $.00 | $50.00 | $17,902.10 |
| 01/10/14 | 104 | 04/10/14 | PFC | 2010 Lexu GS 3 | Cre | 026669 | 295 | FR | 05/27/14 | B | Trade-In | $25,000.00 | $19,656.25 | $.00 | $85.00 | $72.79 | $.00 | $.00 | $19,814.04 |
| 01/14/14 | 100 | 04/14/14 | CUV | 2007 Merc CL C | Gra | 001307 | 296 | FR | 05/29/14 | S | USAA Federal Saving Bank | $30,300.00 | $23,823.38 | $.00 | $85.00 | $62.92 | $.00 | $.00 | $23,971.30 |
| 01/10/14 | 104 | 04/10/14 | CUV | 2010 Niss Maxi | Unk | 867136 | 297 | FR | 05/12/14 | S | Manheim Pennsylvania | $18,660.00 | $13,481.85 | $.00 | $70.00 | $27.52 | $.00 | $.00 | $13,579.37 |
| 01/09/14 | 105 | 03/13/14 | SOT | 2011 Niss Maxi | Unk | 847579 | 300 | FR | 05/09/14 | S | Manheim Pennsylvania | $19,775.00 | $14,287.44 | $.00 | $70.00 | $87.41 | $.00 | $.00 | $14,444.85 |
| 01/09/14 | 105 | 04/09/14 | CUV | 2012 FIAT 500 | Bla | 103048 | 301 | FR | 05/09/14 | S | Manheim Pennsylvania | $10,705.00 | $7,734.36 | $.00 | $70.00 | $16.98 | $.00 | $.00 | $7,821.34 |
| 01/10/14 | 104 | 04/10/14 | CUV | 2011 HOND ACRD | Bla | 002808 | 303 | FR | 05/12/14 | S | Manheim Pennsylvania | $18,185.00 | $13,138.66 | $.00 | $70.00 | $26.83 | $.00 | $.00 | $13,235.49 |
| 01/16/14 | 98 | 02/25/14 | RHD | 2004 Jagu XJ X | Unk | G18469 | 305 | ST | 04/17/14 | S | Security Plus Federal Credit Union | $9,350.00 | $8,648.75 | $.00 | $170.00 | $136.69 | $.00 | $115.00 | $9,070.44 |
| 01/17/14 | 97 | 03/18/14 | CUV | 2012 Chev G150 | Bla | 148796 | 307 | FR | 04/17/14 | S | Manheim Pennsylvania | $45,045.00 | $38,288.25 | $.00 | $70.00 | $206.07 | $.00 | $65.00 | $38,629.32 |
| 01/17/14 | 97 | 03/17/14 | CUV | 2010 Hond Acco | Whi | 010514 | 310 | FR | 04/17/14 | S | Manheim Pennsylvania | $15,565.00 | $13,230.25 | $.00 | $70.00 | $73.22 | $.00 | $65.00 | $13,438.47 |
| 02/04/14 | 79 | 03/18/14 | RHD | 2007 MERC E350 | Sil | 176163 | 313 | ST | 05/05/14 | S | Manheim Pennsylvania | $17,365.00 | $16,062.63 | $.00 | $85.00 | $157.80 | $.00 | $50.00 | $16,355.43 |
| 02/04/14 | 79 | 04/07/14 | CUV | 2012 Jagu XJ | Whi | V26982 | 315 | FR | 05/07/14 | S | Manheim Pennsylvania | $52,130.00 | $44,310.50 | $.00 | $.00 | $109.35 | $.00 | $.00 | $44,419.85 |
| 02/05/14 | 78 | 03/24/14 | CUV | 2010 BMW 3-Se | Bro | 491796 | 316 | FR | 05/08/14 | B | Trade-In | $24,300.00 | $22,477.50 | $.00 | $85.00 | $184.64 | $.00 | $.00 | $22,747.14 |
| 02/05/14 | 78 | 04/07/14 | RHD | 2007 HUMM H2 | Blu | 105533 | 317 | ST | 05/07/14 | S | ADESA Washington DC | $16,410.00 | $13,948.50 | $.00 | $.00 | $34.43 | $.00 | $50.00 | $14,032.93 |
| 02/05/14 | 78 | 04/07/14 | PFC | 2011 Merc C Cl | Blu | 169243 | 319 | FR | 05/07/14 | S | ADESA Washington DC | $19,985.00 | $16,987.25 | $.00 | $.00 | $41.92 | $.00 | $.00 | $17,029.17 |
| 02/12/14 | 71 | 03/26/14 | CUV | 2007 Ford F150 | Bla | C85867 | 320 | FR | 05/15/14 | S | ADESA Washington DC | $25,295.00 | $23,397.88 | $.00 | $85.00 | $179.63 | $.00 | $.00 | $23,662.51 |
| 02/19/14 | 64 | 04/07/14 | CUV | 2008 Ford F150 | Bla | B05153 | 322 | FR | 05/22/14 | S | ADESA Washington DC | $21,515.00 | $19,901.38 | $.00 | $85.00 | $89.52 | $.00 | $.00 | $20,075.90 |
| 02/21/14 | 62 | 04/07/14 | RHD | 2011 CHEV AVEO | Gra | 256536 | 324 | ST | 05/22/14 | S | Manheim Baltimore-Washington | $7,525.00 | $6,960.63 | $.00 | $85.00 | $31.55 | $.00 | $50.00 | $7,127.18 |
| 02/21/14 | 62 | 04/07/14 | CUV | 2012 Niss Ques | Whi | 040289 | 325 | FR | 05/22/14 | S | Manheim Baltimore-Washington | $14,385.00 | $13,306.13 | $.00 | $85.00 | $59.98 | $.00 | $.00 | $13,451.11 |
| 02/21/14 | 62 | | CUV | 2011 Hond Civi | Unk | 034415 | 328 | FR | 05/08/14 | S | Manheim Pennsylvania | $11,330.00 | $11,330.00 | $.00 | $115.00 | $90.87 | $.00 | $28.00 | $11,563.87 |
| 02/28/14 | 55 | 04/14/14 | CUV | 2011 BMW 5-Se | Unk | 870478 | 329 | FR | 05/29/14 | S | Manheim Pennsylvania | $28,530.00 | $26,390.25 | $.00 | $85.00 | $69.67 | $.00 | $.00 | $26,544.92 |
| 02/21/14 | 62 | | RHD | 2011 Hond CR-V | Bla | 021433 | 331 | ST | 05/08/14 | S | Manheim Pennsylvania | $13,540.00 | $13,540.00 | $.00 | $115.00 | $108.31 | $.00 | $68.00 | $13,831.31 |
| 02/21/14 | 62 | | RHD | 2013 Chev Cruz | Unk | 135326 | 332 | ST | 05/08/14 | S | Manheim Pennsylvania | $14,210.00 | $14,210.00 | $.00 | $115.00 | $113.61 | $.00 | $68.00 | $14,506.61 |
| 02/28/14 | 55 | 04/14/14 | SOT | 2011 BMW 5-Se | Whi | 870573 | 333 | FR | 05/29/14 | S | Manheim Pennsylvania | $30,405.00 | $28,124.63 | $.00 | $85.00 | $74.24 | $.00 | $.00 | $28,283.87 |

Report Run time: THU, 04/24/2014, 12.50.11 PM

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/14 | 50 | | CUV | 2008 Ford E350 | Whi | A22445 | 334 | FR | 05/05/14 | S | ADESA Washington DC | $14,115.00 | $14,115.00 | $.00 | $67.00 | $103.32 | $.00 | $18.00 | $14,303.32 |
| 03/07/14 | 48 | | SOT | 2013 Dodg Char | Whi | 554352 | 335 | FR | 04/21/14 | S | ERAC of Baltimore  DR GROUP 18 | $17,860.00 | $17,860.00 | $.00 | $170.00 | $228.25 | $.00 | $83.00 | $18,341.25 |
| 03/07/14 | 48 | | RHD | 2013 Volk Pass | Sil | 021392 | 336 | ST | 04/21/14 | S | ERAC of Baltimore  DR GROUP 18 | $13,960.00 | $13,960.00 | $.00 | $170.00 | $178.72 | $.00 | $133.00 | $14,441.72 |
| 03/13/14 | 42 | | CUV | 2008 Infi G35 | Sil | 256771 | 338 | FR | 04/28/14 | S | Manheim Pennsylvania | $15,365.00 | $15,365.00 | $.00 | $135.00 | $172.34 | $.00 | $18.00 | $15,690.34 |
| 03/13/14 | 42 | | CUV | 2008 Lexu IS 2 | Whi | 027438 | 339 | FR | 04/28/14 | S | Manheim Pennsylvania | $17,485.00 | $17,485.00 | $.00 | $135.00 | $195.88 | $.00 | $18.00 | $17,833.88 |
| 03/13/14 | 42 | | CUV | 2011 Chry 300 | Bla | 595579 | 341 | FR | 04/28/14 | S | Manheim Pennsylvania | $19,500.00 | $19,500.00 | $.00 | $135.00 | $218.26 | $.00 | $18.00 | $19,871.26 |
| 03/13/14 | 42 | | SOT | 2012 Chev Cama | Blu | 155806 | 342 | FR | 04/28/14 | S | Manheim Pennsylvania | $18,985.00 | $18,985.00 | $.00 | $135.00 | $212.54 | $.00 | $18.00 | $19,350.54 |
| 03/17/14 | 38 | | RHD | 2010 MERC S550 | Bla | 340173 | 343 | FR | 05/16/14 | S | Manheim Baltimore-Washington | $43,825.00 | $43,825.00 | $.00 | $80.00 | $301.44 | $.00 | $18.00 | $44,224.44 |
| 03/19/14 | 36 | | CUV | 2007 LAND RANG | Whi | 240506 | 344 | FR | 05/19/14 | S | Manheim Pennsylvania | $25,580.00 | $25,580.00 | $.00 | $130.00 | $167.24 | $.00 | $18.00 | $25,895.24 |
| 03/19/14 | 36 | | SOT | 2008 PORS CAYE | Gre | A33191 | 345 | FR | 05/19/14 | S | Manheim Pennsylvania | $16,965.00 | $16,965.00 | $.00 | $130.00 | $111.24 | $.00 | $18.00 | $17,224.24 |
| 03/19/14 | 36 | | CUV | 2011 HOND CR-V | Bla | 016971 | 346 | FR | 05/19/14 | S | Manheim Pennsylvania | $17,040.00 | $17,040.00 | $.00 | $130.00 | $111.73 | $.00 | $18.00 | $17,299.73 |
| 03/25/14 | 30 | | SOT | 2008 BMW 750L | Whi | T81554 | 347 | FR | 05/27/14 | S | Manheim Pennsylvania | $23,080.00 | $23,080.00 | $.00 | $130.00 | $125.76 | $.00 | $18.00 | $23,353.76 |
| 03/25/14 | 30 | | PFC | 2005 BMW 645C | Bla | 193632 | 348 | FR | 05/27/14 | S | Manheim Pennsylvania | $21,780.00 | $21,780.00 | $.00 | $130.00 | $118.72 | $.00 | $18.00 | $22,046.72 |
| 03/25/14 | 30 | 03/31/14 | CUV | 2010 Dodg Chal | Ora | 308822 | 349 | FR | 05/27/14 | S | USAA Federal Saving Bank | $29,400.00 | $29,400.00 | $.00 | $130.00 | $164.74 | $.00 | $118.00 | $29,812.74 |
| 03/27/14 | 28 | | CUV | 2005 CHEV CORV | Unk | 112639 | 350 | FR | 05/27/14 | S | Manheim Pennsylvania | $28,070.00 | $28,070.00 | $.00 | $130.00 | $142.56 | $.00 | $18.00 | $28,360.56 |
| 03/27/14 | 28 | | SOT | 2009 CADI ESC | Bla | 102808 | 351 | FR | 05/27/14 | S | Manheim Pennsylvania | $30,270.00 | $30,270.00 | $.00 | $130.00 | $153.68 | $.00 | $18.00 | $30,571.68 |
| 04/01/14 | 23 | | PFC | 2010 LEXU ES 3 | Unk | 397091 | 352 | FR | 06/02/14 | S | Manheim Pennsylvania | $20,000.00 | $20,000.00 | $.00 | $130.00 | $83.58 | $.00 | $18.00 | $20,231.58 |
| 04/01/14 | 23 | | PFC | 2007 BMW 750L | Blu | T75951 | 353 | FR | 06/02/14 | S | Manheim Pennsylvania | $22,520.00 | $22,520.00 | $.00 | $130.00 | $94.02 | $.00 | $18.00 | $22,762.02 |
| 04/01/14 | 23 | | CUV | 2011 Hond Acco | Whi | 003326 | 354 | FR | 06/02/14 | S | Manheim Pennsylvania | $21,820.00 | $21,820.00 | $.00 | $130.00 | $91.12 | $.00 | $18.00 | $22,059.12 |
| 04/04/14 | 20 | 04/08/14 | RHD | 2008 Pors Caye | Bla | A22039 | 355 | ST | 06/03/14 | S | Manheim Pennsylvania | $19,750.00 | $19,750.00 | $.00 | $130.00 | $75.21 | $.00 | $68.00 | $20,023.21 |
| 04/04/14 | 20 | | SOT | 2013 BMW 6-Se | Whi | 097953 | 356 | FR | 06/03/14 | S | Manheim Pennsylvania | $70,835.00 | $70,835.00 | $.00 | $130.00 | $255.98 | $.00 | $18.00 | $71,238.98 |
| 04/09/14 | 15 | | CUV | 2013 JEEP GRAN | Bla | 562160 | 357 | FR | 06/09/14 | S | ADESA Washington DC | $29,700.00 | $29,700.00 | $.00 | $80.00 | $80.56 | $.00 | $18.00 | $29,878.56 |
| 04/09/14 | 15 | | RHD | 2009 FORD MUST | Ora | 116136 | 358 | ST | 06/09/14 | S | ADESA Washington DC | $21,200.00 | $21,200.00 | $.00 | $80.00 | $57.58 | $.00 | $68.00 | $21,405.58 |
| 04/09/14 | 15 | | CUV | 2007 BMW 6 SE | Blu | N82095 | 359 | AS | 06/09/14 | S | ADESA Washington DC | $26,705.00 | $26,705.00 | $.00 | $80.00 | $72.46 | $.00 | $18.00 | $26,875.46 |
| **Total Retail** | | | | | | | | | | | | $1,532,060.31 | $1,351,416.73 | $.00 | $6,157.00 | $8,240.94 | $.00 | $2,011.00 | $1,367,825.67 |

**Unit Count:   65**

Report Run time: THU, 04/24/2014, 12.50.11 PM