11/30/2014                                                                                    DAT: UCC and Charter Search

| Maryland Department of Assessments and Taxation Business Services (w3) | Search Help |
|---|---|

**Entity Name:** ULTIMATE AUTO WHOLESALERS

**Department ID:** T00280613

| General Information | **Amendments** | Personal Property | **Certificate of Status** |

**Status:**

**FORFEITED**

Owner (Primary):

JODI C. MAHDAVI
915 FAIRWAY DRIVE
VIENNA, VA 22180

Location:

ULTIMATE AUTO WHOLESALERS
4726-D ST BARNABAS RD
TEMPLEHILLS, MD 20748

**Renewal Notice Date:**

12/27/2012

Expiration Date:

5/27/2013