Attn: Erin E. Witte

**Finalize your PenFed loan documents**

- ☐ Make sure that all borrowers sign and date the Promissory Note and Credit Insurance Application (if applicable) and return them to PenFed in the enclosed postage-paid envelope. If applicable, please verify that any person listed as an owner on the title that is NOT a borrower on the loan also signs in the "Owner of Collateral Other than Borrower" line on the Promissory note.

- ☐ Contact your vehicle insurance company to ensure that they provide PenFed with verification of your comprehensive and collision coverages. This information can be provided electronically at www.myinsuranceinfo.com or via fax at 1-800-713-0261.

- ☐ For vehicle purchases, please ensure that the ownership on the title is properly recorded with the local DMV and PenFeds lien placed on the vehicle using the following address for the lienholder: Pentagon FCU, PO Box 255483, Sacramento, CA 95865.

- ☐ If the vehicle is currently financed, please ensure that the document entitled "Authorization for Payoff and Demand for Title" is completed and signed. Remit both the completed document and the endorsed loan draft in order to payoff the existing vehicle loan at the outside financial institution.

---

THIS DOCUMENT HAS A BLUE BACKGROUND ON THE FACE AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

**Pentagon Federal Credit Union**
Box 1432, Alexandria, Virginia 22313-2032

NO. 0002877274
66-156 / 531

Wachovia Bank, N.A.

ACCOUNT NO. [redacted]7-81-3

DATE 4/16/2014

SIXTY-FOUR THOUSAND NINE HUNDRED FORTY-ONE DOLLARS AND SEVENTY CENTS***

Pay $ ***64,941.70***

TO THE ORDER OF   BW AUTO OUTLET AND JODI C MAHDAVI

VOID AFTER 90 DAYS
OFFICIAL CHECK

AUTHORIZED SIGNATURE

**MAHDAVI 000008**