**IN THE UNITED STATES DISTRICT COURT 21
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

JODI C. MAHDAVI,

       Plaintiff,

       v.                                 Civil Action No. 1:14-cv-0648

NEXTGEAR CAPITAL, INC.,

and

P.A.R. SERVICES, INC.

       Defendants.

**NOTICE OF HEARING DATE
FOR NEXTGEAR'S MOTION FOR SUMMARY JUDGMENT**

Please take notice that on Friday, January 9, 2015, at 10:00 AM, or as soon thereafter as counsel may be heard, Defendant NextGear Capital Inc., by counsel, will present its oral argument to the Court in support of its Motion for Summary Judgment.

                                      Respectfully Submitted,

                                      NextGear Capital, Inc.

                                      By  /s/  James D. Bragdon
                                      James D. Bragdon (VSB #83681)
                                      jbragdon@gejlaw.com
                                      David G. Sommer
                                        *Admitted pro hac vice*
                                      dsommer@gejlaw.com
                                      Gallagher Evelius & Jones LLP
                                      218 N. Charles St., Ste. 400
                                      Baltimore, MD 21201
                                      Telephone (410) 951-1416
                                      Fax (410) 468-2786

Ashley W. Winsky (VSB #79224)
awinsky@mcguirewoods.com
McGuireWoods LLP
Court Square Building
310 Fourth Street N.E., Suite 300
Charlottesville, VA 22902-1288
434-980-2207 (Direct Line)
434-980-2269 (Fax)

*Counsel for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2014, I electronically filed a true and correct copy of the foregoing notice of hearing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jonathan E. Levine, Esq.
LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, VA 22207
Jonathan.levine@levinedaniels.com
*Counsel for Plaintiff*

James N. Markels
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036
jmarkels@jackscamp.com
*Counsel for P.A.R. Services*

/s/  James D. Bragdon
James D. Bragdon (VSB #83681)
jbragdon@gejlaw.com
Gallagher Evelius & Jones LLP
218 N. Charles St., Ste. 400
Baltimore, MD 21201
Telephone (410) 951-1416
Fax (410) 468-2786

*Counsel for NextGear Capital, Inc.*

#513716
013438-0003