**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JODI C. MAHDAVI,** | |
| Plaintiff, | |
| v. | Case No.: 1:14-cv-00648-TCB |
| **NEXTGEAR CAPITAL, INC.,** *et al.*, | |
| Defendants. | |

## NOTICE OF SUBMISSION

COMES NOW Defendant P.A.R. Services, Inc. ("PAR"), by undersigned counsel, and hereby submits a proposed Order for its Motion for Summary Judgment (Docket #53) in the above-captioned matter, attached hereto as **Exhibit One**.

Dated: December 4, 2014.                Respectfully submitted,

                                                               P.A.R. SERVICES, INC.,
                                                               By counsel:

                                                               */s/ James N. Markels*
                                                               James N. Markels (VA Bar No. 68399)
                                                               JACKSON & CAMPBELL, P.C.
                                                               1120 20th Street, N.W.
                                                               South Tower, Third Floor
                                                               Washington, D.C. 20036-3437
                                                               Telephone: (202) 457-1600
                                                               Facsimile: (202) 457-1678
                                                               Email: jmarkels@jackscamp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

>Jonathan E. Levine, Esquire (VA Bar No. 45572)
>LEVINE, DANIELS & ALLNUTT, PLLC
>5311 Lee Highway
>Arlington, Virginia 22207
>Telephone: (703) 525-2668
>Facsimile: (703) 525-8393
>jonathan.levine@levinedaniels.com
>*Counsel for Plaintiff Jodi C. Mahdavi*

>James D. Bragdon, Esquire
>GALLAGHER, EVELIUS & JONES, LLP
>218 North Charles Street, Suite 400
>Baltimore, Maryland 21201
>Telephone: (410) 727-7702
>Facsimile: (410) 468-2786
>jbragdon@gejlaw.com
>*Counsel for Defendant NextGear Capital, Inc.*

>*/s/ James N. Markels*
>James N. Markels (VA Bar No. 68399)
>JACKSON & CAMPBELL, P.C.
>1120 20th Street, N.W.
>South Tower, Third Floor
>Washington, D.C. 20036-3437
>Telephone: (202) 457-1600
>Facsimile: (202) 457-1678
>Email: jmarkels@jackscamp.com
>*Counsel for Defendant P.A.R. Services, Inc.*