IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:14-cv-00648-TCB |

## ORDER

**UPON CONSIDERATION** of the Motion for Summary Judgment (Docket #53) submitted by Defendant P.A.R. Services, Inc., and all opposition thereto, and

**IT APPEARING** the Motion should be granted, it is hereby

**ORDERED**, that the Motion for Summary Judgment filed by Defendant P.A.R. Services, Inc. be, and hereby is, **GRANTED**; and it is hereby

**ORDERED**, that summary judgment be, and hereby is, entered in favor of Defendant P.A.R. Services, Inc. as against Plaintiff Jodi C. Mahdavi on all counts of Plaintiff's Complaint. This cause is hereby ended as to Defendant P.A.R. Services, Inc.

 

_____
The Honorable Theresa C. Buchanan
Magistrate Judge for the U.S. District Court
for the Eastern District of Virginia