**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:14-cv-00648-TCB |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, January 9, 2015, at 10:00 a.m., Defendant P.A.R. Services, Inc. will present oral argument to the Court in support of its Motion for Summary Judgment (Docket #53), submitted in the above-captioned matter.

Dated: December 4, 2014.

Respectfully submitted,

P.A.R. SERVICES, INC.,
By counsel:

*/s/ James N. Markels*
James N. Markels (VA Bar No. 68399)
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: jmarkels@jackscamp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

>Jonathan E. Levine, Esquire (VA Bar No. 45572)
>LEVINE, DANIELS & ALLNUTT, PLLC
>5311 Lee Highway
>Arlington, Virginia 22207
>Telephone: (703) 525-2668
>Facsimile: (703) 525-8393
>jonathan.levine@levinedaniels.com
>*Counsel for Plaintiff Jodi C. Mahdavi*
>
>James D. Bragdon, Esquire
>GALLAGHER, EVELIUS & JONES, LLP
>218 North Charles Street, Suite 400
>Baltimore, Maryland 21201
>Telephone: (410) 727-7702
>Facsimile: (410) 468-2786
>jbragdon@gejlaw.com
>*Counsel for Defendant NextGear Capital, Inc.*

>*/s/ James N. Markels*
>James N. Markels (VA Bar No. 68399)
>JACKSON & CAMPBELL, P.C.
>1120 20th Street, N.W.
>South Tower, Third Floor
>Washington, D.C. 20036-3437
>Telephone: (202) 457-1600
>Facsimile: (202) 457-1678
>Email: jmarkels@jackscamp.com
>*Counsel for Defendant P.A.R. Services, Inc.*