

**Online Banking**

## Business Advantage Chk - 1606: Account Activity Transaction Details

**Post date:** 04/30/2014

**Amount:** 65,000.00

**Type:** Deposit

**Description:** Counter Credit



**MAHDAVI 000007**