



P.O. Box 15284
Wilmington, DE 19850

AH        0   295 772 296 014648 #@01 AV 0.381

JODI COWLEY
915 FAIRWAY DR NE
VIENNA, VA  22180-3633

**PLATINUM PRIVILEGES®**

**Customer service information**

🖐 Customer Service: 1.888.562.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖐 bankofamerica.com

📧 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Classic Interest Checking - Advantage Relationship Platinum Privileges

for February 20, 2014 to March 20, 2014                                      Account number: ████████ 2476

JODI COWLEY

## Account summary

| | |
|---|---|
| Beginning balance on February 20, 2014 | $24,838.39 |
| Deposits and other additions | 0.13 |
| Withdrawals and other subtractions | -23,000.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 20, 2014** | **$1,838.52** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.37.*

# Let's connect on Facebook, Twitter & Google+

Learn about shopping deals, travel ideas, and tips to help you with personal finance.

 /bankofamerica

 @bofa_tips

 bankofamerica

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation.            ARRXE47J            SSM-12-13-0426

PULL: 0  CYCLE: 13  SPEC: 0  DELIVERY: P  TYPE:  IMAGE: A  BC: VA

**MAHDAVI 000022**

# Bank of America 🇺🇸

## Your checking account



JODI COWLEY | Account #▮▮▮▮▮2476 | February 20, 2014 to March 20, 2014

Your Interest Checking account name has changed to **Classic Interest Checking.** There are no other changes. Your account number, pricing, and all account services, features and benefits remain the same as they do today. If you have any questions, please call the number on this statement.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/20/14 | Interest Earned | 0.13 |
| **Total deposits and other additions** | | **$0.13** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/11/14 | VA TLR transfer to CHK 1606 | -23,000.00 |
| **Total withdrawals and other subtractions** | | **-$23,000.00** |

✓ **Important Platinum Privileges program update.**
Beginning May 31, 2014, we will no longer enroll clients in the Platinum Privileges program in AR, IA MA, ME, NH, NM, OK, RI,TX , AZ, CA, ID, OR. Clients enrolled in Platinum Privileges by May 31 will continue receiving and enjoying the benefits of the program if they meet the qualifications. Please visit your local banking center to learn more about these benefits and qualifications.

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



**Thank you** for being a Bank of America customer.

MAHDAVI 000023