

# MARYLAND CERTIFICATE OF TITLE

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.





G234664

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| WBA6B4C53DD097953 | 13 | BMW | 4S | A | 22003 | A | 45565166 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | +3700 | 00N/A | $76.50 | NI | 04/11/14 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO. [redacted]2-037

CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

JODI COWLEY MAHDAVI
4726 D ST BARNABAS RD
TEMPLE HILLS MD 20748

ODOMETER CODES

A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage



CONTROL NO.
(This is not a Title No.)

G234664

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

PENTAGON FEDERAL CREDIT UNION
P.O. BOX 255483
SACRAMENTO CA 95865

LIEN RELEASE

MVA USE ONLY

OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

G234664

MAHDAVI 000001

VR-002 (10/12)

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) ______

Address of Buyer(s) ______

STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (no tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage.

WARNING - ODOMETER DISCREPANCY

SELLING PRICE

DATE OF SALE

SIGNATURE OF SELLER(S)

PRINTED NAME OF SELLER(S)

SIGNATURE OF BUYER(S)

PRINTED NAME OF BUYER(S)

SIGNATURE OF CO-SELLER(S)

PRINTED NAME OF CO-SELLER(S)

SIGNATURE OF CO-BUYER(S)

PRINTED NAME OF CO-BUYER(S)

## APPLICATION FOR TITLE AND REGISTRATION

Name(s) of Buyer(s) ______

Address of Buyer(s) ______

STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

**Give Maryland Driver's License Number and Date of Birth. If you do not have a Driver's License, give Date of Birth.**

| BUYER'S DRIVER'S LICENSE NO. | DATE OF BIRTH | CO-BUYER'S DRIVER'S LICENSE NO. | FEIN# | DATE OF BIRTH |
|---|---|---|---|---|
| | | | | |

| IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN | KIND OF LIEN (DESCRIBE) |
|---|---|---|---|
| NAME OF SECURED PARTY | | ADDRESS OF SECURED PARTY | |

I/we hereby make application for (Check applicable block) ☐ New Title and Tags ☐ New Title and Transfer of Tags ☐ New Title Only No Tags | IF MOTORCYCLE, LIST ENGINE NUMBER | IF TRUCK/TRACTOR/TRAILER LIST WEIGHT G.V.W G.C.W

If you are transferring tags from a vehicle that you sold, to this vehicle, give the following (if applicable) | CLASS OF VEHICLE | TAG NUMBER | VALIDATION STICKER NUMBER

NAME OF PERSON TO WHOM YOU SOLD THE OLD VEHICLE | ADDRESS

CERTIFICATION OF INSURANCE | NAME OF INSURANCE COMPANY (COPY FROM YOUR POLICY) | POLICY OR BINDER NUMBER | NAME OF AGENT

IS THIS VEHICLE TO BE TITLED AS JOINT TENANTS OR TENANTS BY ENTIRETIES?

☐ JOINT TENANTS ☐ TENANTS BY ENTIRETIES

**NOTARY NOT REQUIRED**

I/we certify, under penalty of perjury that the statements made herein are true and correct to the best of my/our knowledge, information and belief and hereby state that the manufacturer's identification number shown on the face hereof agrees with the number plate on the vehicle.

Witness My/Our Hand(s) And Seal

This ______ Day of ______ 20 ___

**"I AM AWARE OF ODOMETER CERTIFICATION MADE BY SELLER"**

SIGNATURE OF BUYER(S)

PRINTED NAME OF BUYER(S)

SIGNATURE OF CO-BUYER(S)

PRINTED NAME OF CO-BUYER(S)

CO-SIGNATURE OF PARENT, GUARDIAN OR RESPONSIBLE ADULT REQUIRED WHEN APPLICANT IS UNDER 18 YEARS OF AGE. MUST BE SIGNED BY OWNER(S), OFFICER(S) OF CORPORATION, OR PARTNER IN PARTNERSHIP.

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) ______

Address of Buyer(s) ______

STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

SIGNATURE OF BUYER(S)

PRINTED NAME OF BUYER(S)

SIGNATURE OF CO-BUYER(S)

PRINTED NAME OF CO-BUYER(S)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (no tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage.

WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY ______

CERTIFIED SELLING PRICE

TRADE IN ALLOWANCE

TAXABLE PRICE

GROSS TAX COLLECTED

COLL. FEE 0.5% OF GROSS OR $12 MAX. FEE ALLOW.

NET TAX REMITTED

SIGNATURE OF AUTHORIZED AGENT ______ DEALER'S NO. ______

PRINTED NAME OF AUTHORIZED AGENT

PRINTED NAME OF DEALERSHIP

VIN OF TRADE-IN | STATE

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN

NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

## DEALER'S REASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following:

Name(s) of Buyer(s) ______

Address of Buyer(s) ______

STREET ADDRESS | CITY OR TOWN | COUNTY | STATE | ZIP CODE

SIGNATURE OF BUYER(S)

PRINTED NAME OF BUYER(S)

SIGNATURE OF CO-BUYER(S)

PRINTED NAME OF CO-BUYER(S)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (no tenths)

☐ 1. The mileage stated is in excess of its mechanical limits.

☐ 2. The odometer reading is not the actual mileage.

WARNING - ODOMETER DISCREPANCY

DATE OF DELIVERY ______

CERTIFIED SELLING PRICE

TRADE IN ALLOWANCE

TAXABLE PRICE

GROSS TAX COLLECTED

COLL. FEE 0.5% OF GROSS OR $12 MAX. FEE ALLOW.

NET TAX REMITTED

SIGNATURE OF AUTHORIZED AGENT ______ DEALER'S NO. ______

PRINTED NAME OF AUTHORIZED AGENT

PRINTED NAME OF DEALERSHIP

VIN OF TRADE-IN | STATE

IF NOT SUBJECT TO A LIEN, INDICATE "NONE" | AMOUNT OF LIEN | DATE OF LIEN

NAME OF SECURED PARTY | ADDRESS OF SECURED PARTY

IMPORTANT NOTICE: This certificate is valid only when ... and is valid only while the vehicle described on the face is owned by the individual, firm or corporation named thereon. TITLE AND SECURITY INTEREST FILING FEES ARE REQUIRED. Maryland excise tax is assessed on the greater of the total purchase price if verified by the Administration's notarized Bill of Sale (VR-181) signed by buyer(s) and seller(s) or minimum allowed by law. When Bill of Sale (VR-181) does not accompany the title, tax is based on the valuation shown in a national publication of used car value used by this Administration. If the vehicle is over seven (7) model years of age the tax is based on the greater of purchase price or minimum allowed by law. No Maryland Certificate of Title will be issued until all security interest or liens filed with the Motor Vehicle Administration have been officially released on the face. However, this vehicle may be subject to liens or encumbrances not filed with the Motor Vehicle Administration. If this is a Duplicate Title it may be subject to the rights of a person under the Original Certificate. MARYLAND MOTOR VEHICLE ADMINISTRATION - 6601 RITCHIE HIGHWAY, N.E. - GLEN BURNIE, MARYLAND 21062.

ANY ALTERATION OR ERASURE VOIDS THIS TITLE