**New York State Department of Motor Vehicles**
**RETAIL CERTIFICATE OF SALE**
No. **46630436**

*46630436*

0385

| TYPE OF SALE | |
|---|---|
| ☑ WHOLESALE OR ☐ RETAIL: | |
| ☐ New ☑ Used ☐ Demo ☐ Salvage | |

**VEHICLE INFORMATION:** STK# P255131D

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| 2013 | BMW | 6XD | 4DSD | WH | 4,605 | G | 8 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| WBA6B4C53DD097953 | NA | NA | NA | 7006386 |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|
| NA | N/A | ☐ | $ NA |

**DEALER INFORMATION** (Print Name and Address)
BURDICK BMW INC    5947 East Circle Dr    Cicero, NY 13039

**PURCHASER INFORMATION** (Print Name and Address)
CARRIAGE TRADERS    170 SARATOGA AVE GLENS FALLS, NY 12803-0000
Date of Sale: 2/3/2014

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)
FINANCIAL SERVICES VEHICLE TRUST    5550 BRITTON PKWY HILLIARD OH 43026
Date of Purchase: 01/27/14

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits   ☑ 6 digits, not including tenths

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**ODOMETER READING:** 2 0 2 6 1 (no tenths)

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

DEALER (or authorized representative) - (SIGN full name): *Andrea Wallace*
PRINT full name of dealer or authorized rep.: Andrea Wallace
Date: 2/3/2014
Dealer Facility No.: 7006386

PURCHASER - (SIGN full name): *Cheryl [signature]*
PRINT full name of purchaser: CARRIAGE TRADERS   Cheryl Normandin
Date: 2/3/2014
Selling Dealer NYS Sales Tax No.: 16-1180373

MV-50 (03/04)

**ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE**

COPY