# BUYER'S COPY

MANHEIM PENNSYLVANIA
1190 LANCASTER ROAD
MANHEIM, PA 17545
(800) 822-2894 FAX (717) 665-9265

BID# 1484

SALE DATE 10:45:30 2/20/2014 07-0009

2014-011-070009
JTHORNBAKER

INVOICE NO. 4953571

TITLE REC'D X

| YEAR | MAKE | MODEL/SUB SERIES | VIN | BODY | COLOR |
|------|------|------------------|-----|------|-------|
| 2013 | BMW | 650I XDR / 650I XDRIV AWD | WBA6E4C53DD977953 | 4DSN | WHITE |

TITLE ABSENT

ANN COND:
T/A

703-963-3655

NOTES:

M GREEN :: GUAR'TEE: BLUE :: NO TITLE: FULL :FSI 7 :PSI FULL :PSI 14 :DECLIN: PSI

RELEASE
5170118  2  1484 *IF*IF*IF*
BALTIMORE WASHINGTON AUTO OUTLET
2747 ANNAPOLIS RD
HANOVER, MD - 21076
(301) 621-2926
KHAZEVER MOLAV

5019585 3053907
CARRIAGE TRADERS
170 SARATOGA AVE
SOUTH GLENS FALLS, NY  12803
7018079

X PURCHASER'S SIGNATURE (BUYER)
X PRINTED PURCHASER'S NAME (BUYER)

OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO AGREEMENT ON REVERSE SIDE.

PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK) OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5 (f).

AUCTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES
THE ACCURACY OF THE ODOMETER READING
**DOCUMENT NOT VALID FOR EXPORT**

Manheim

NOT A RECEIPT OF PAYMENT

ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage
-WARNING- ODOMETER DISCREPANCY

CARRIAGE TRADERS

| 21250 | STATE THAT THE ODOMETER NOW READS MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE. |

For value received I hereby sell, assign or transfer the vehicle described on this document to the purchaser named at left.

X _____
TRANSFEROR'S SIGNATURE (SELLER)

X ANTHONY ZAPPONE
PRINTED NAME OF (SIGNOR)

LICENSE NO. _____  IF ____  CLERK ICKM  TAB  SOLD BY JMP

BUYER PLEASE CHECK ONE
☐ CLEAN (1)  ☐ ROUGH (2)  ☐ AVERAGE (3)

**NOTICE:**
- Do not re-purchase or finance without certificate of title.
- Auction retains security interest in vehicle until good funds received.

*IF*IF*IF*

SELLING PRICE         $ 70,000.00
BUYER'S FEE           $    705.00
BUYER'S ADJ
BUYER'S ADJ 2
BUY NET              $ 70,705.00

**MAHDAVI 000006**