IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.          Case No. 1:14-cv-0648-TSE-TCB

and

P.A.R. SERVICES, INC.,

    Defendants.
_____/

**<u>ORDER</u>**

The Court, having considered Defendant P.A.R. Services, Inc.'s Motion for Summary Judgment, its supporting Memorandum, the Plaintiff's Memorandum in Opposition thereto, the reply of P.A.R. Services, Inc., and the respective argument of counsel.

UPON CONSIDERATION WHEREOF, pursuant to FED. R. CIV. P. 56, it appearing that there are genuine issues of material facts it is hereby

ORDERED this ____ day of _____, 20___ that Defendant P.A.R. Services, Inc.'s Motion for Summary Judgment is DENIED.

                                                                 _____
                                                                 Judge, United States District Court
                                                                 for the Eastern District of Virginia