JUDGE: <u>THERESA CARROLL BUCHANAN</u>

DATE: 1/23/15

CA- 14 cv 648

TIME: 10:50 Am to 10:55 Am

APPEARANCES COUNSEL FOR:

(X) PLANTIFF   (X) DEFENDANT   ( ) PRO SE PLAINTIFF   ( ) PRO SE DEFENDANT

Atty for Deft. Nextgear Capital Inc. - NOT PRESENT

FINAL PRETRIAL CONFERENCE:

(X) Case set for trial by JURY on  April 28  at  10:00 Am   (2 days expected)

( ) Case set for trial by COURT on _____ at _____

(X) Pltf's Witness List filed
(X) Pltf's Exhibit List filed
(X) Deft's Witness List filed          objections already filed.
(X) Deft's Exhibit List filed

~~Objections to exhibits to be filed within _____ days.~~