

# MARYLAND CERTIFICATE OF TITLE
## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.




G234664

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| WBA6B4C53DD097953 | 13 | BMW | 4S | A | 22003 | A | 45565166 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | +3700 | 00N/A | $76.50 | NI | 04/11/14 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO. ██████████2-037        CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

JODI COWLEY MAHDAVI
4726 D ST BARNABAS RD
TEMPLE HILLS  MD 20748

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

CONTROL NO.
(This is not a Title No.)

G234664

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

PENTAGON FEDERAL CREDIT UNION
P.O. BOX 255483
SACRAMENTO  CA 95865

LIEN RELEASE

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

G234664

**MAHDAVI 000001**
VR-002 (10/12)