# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JODI C. MAHDAVI,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **NEXTGEAR CAPITAL, INC.,** | ) Civil Action No. 1:14-cv-0648 |
| and | ) |
| **P.A.R. SERVICES, INC.** | ) |
| Defendants. | ) |

## NOTICE OF HEARING DATE
## FOR NEXTGEAR'S MOTION FOR SUMMARY JUDGMENT

Please take notice that on Friday, March 20, 2015, at 10:00 AM, or as soon thereafter as counsel may be heard, Defendant NextGear Capital Inc., by counsel, will present its oral argument to the Court in support of its Motion for Summary Judgment.

Respectfully Submitted,

NextGear Capital, Inc.

By /s/ James D. Bragdon
James D. Bragdon (VSB #83681)
jbragdon@gejlaw.com
David G. Sommer
  *Admitted pro hac vice*
dsommer@gejlaw.com
Gallagher Evelius & Jones LLP
218 N. Charles St., Ste. 400
Baltimore, MD 21201
Telephone (410) 951-1416
Fax (410) 468-2786

#513716
013438-0003

2

        Ashley W. Winsky (VSB #79224)
        awinsky@mcguirewoods.com
        McGuireWoods LLP
        Court Square Building
        310 Fourth Street N.E., Suite 300
        Charlottesville, VA 22902-1288
        434-980-2207 (Direct Line)
        434-980-2269 (Fax)

        *Counsel for NextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2015, I electronically filed a true and correct copy of the foregoing Notice of Hearing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jonathan E. Levine, Esq. | James N. Markels |
| LEVINE, DANIELS & ALLNUTT, PLLC | JACKSON & CAMPBELL, P.C. |
| Heritage Square | 1120 20th Street, N.W. |
| 5311 Lee Highway | South Tower, Third Floor |
| Arlington, VA 22207 | Washington, D.C. 20036 |
| Jonathan.levine@levinedaniels.com | jmarkels@jackscamp.com |
| *Counsel for Plaintiff* | *Counsel for P.A.R. Services* |

And will send a copy by Federal Express to:

> The Honorable Theresa C. Buchanan
> Magistrate Judge
> United States District Court
> Eastern District of Virginia
> Alexandria Division
> 401 Courthouse Squire
> Alexandria, Virginia 22314-5798

To the best of my knowledge there are no other parties who require service by other means.

      /s/  James D. Bragdon
James D. Bragdon (VSB #83681)
jbragdon@gejlaw.com
Gallagher Evelius & Jones LLP
218 N. Charles St., Ste. 400
Baltimore, MD 21201
Telephone (410) 951-1416
Fax (410) 468-2786

*Counsel for NextGear Capital, Inc*