IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:14-cv-00648-TSE-TCB |

### DEFENDANT P.A.R. SERVICES, INC.'S
### AMENDED MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant P.A.R. Services, Inc. ("PAR"), by undersigned counsel, under Fed. R. Civ. P. 56, and hereby requests that this Court enter an Order awarding it summary judgment as against all claims in Plaintiff Jodi C. Mahdavi's Complaint. In support thereof, PAR respectfully invites this Court's attention to the attached Memorandum of Points and Authorities.

WHEREFORE, Defendant P.A.R. Services, Inc. respectfully requests that this Court enter an Order granting summary judgment in favor of P.A.R. Services, Inc. as against Plaintiff Jodi C. Mahdavi as to all counts of Plaintiff's Complaint, along with any other relief this Court deems just and necessary.

Dated: February 5, 2015.

Respectfully submitted,

P.A.R. SERVICES, INC.,
By counsel:

*/s/ James N. Markels*
James N. Markels (VA Bar No. 68399)
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437

                                      Telephone: (202) 457-1600
                                      Facsimile: (202) 457-1678
                                      Email: jmarkels@jackscamp.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 5th day of February, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

               Jonathan E. Levine, Esquire (VA Bar No. 45572)
               LEVINE, DANIELS & ALLNUTT, PLLC
               5311 Lee Highway
               Arlington, Virginia 22207
               Telephone: (703) 525-2668
               Facsimile: (703) 525-8393
               jonathan.levine@levinedaniels.com
               *Counsel for Plaintiff Jodi C. Mahdavi*

               James D. Bragdon, Esquire
               GALLAGHER, EVELIUS & JONES, LLP
               218 North Charles Street, Suite 400
               Baltimore, Maryland 21201
               Telephone: (410) 727-7702
               Facsimile: (410) 468-2786
               jbragdon@gejlaw.com
               *Counsel for Defendant NextGear Capital, Inc.*

                                             */s/ James N. Markels*
                                             James N. Markels (VA Bar No. 68399)
                                             JACKSON & CAMPBELL, P.C.
                                             1120 20th Street, N.W.
                                             South Tower, Third Floor
                                             Washington, D.C. 20036-3437
                                             Telephone: (202) 457-1600
                                             Facsimile: (202) 457-1678
                                             Email: jmarkels@jackscamp.com
                                             *Counsel for Defendant P.A.R. Services, Inc.*

2955118v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,

    Plaintiff,

v.

NEXTGEAR CAPITAL, INC., *et al.*,

    Defendants.

Case No.: 1:14-cv-00648-TCB

## ORDER

**UPON CONSIDERATION** of the Amended Motion for Summary Judgment (Docket #68) submitted by Defendant P.A.R. Services, Inc., and all opposition thereto, and

**IT APPEARING** the Motion should be granted, it is hereby

**ORDERED**, that the Amended Motion for Summary Judgment filed by Defendant P.A.R. Services, Inc. be, and hereby is, **GRANTED**; and it is hereby

**ORDERED**, that summary judgment be, and hereby is, entered in favor of Defendant P.A.R. Services, Inc. as against Plaintiff Jodi C. Mahdavi on all counts of Plaintiff's Complaint. This cause is hereby ended as to Defendant P.A.R. Services, Inc.

The Honorable Theresa C. Buchanan
Magistrate Judge for the U.S. District Court
for the Eastern District of Virginia

2955125v.1