UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| JODI C. MAHDAVI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 1:14cv648 |
| NEXTGEAR CAPITAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |

### ORDER

THIS MATTER comes before the Court on Plaintiff's Counsel's Motion to Withdraw as Counsel (Dkt. 63.)  Upon consideration of the pleadings, this motion is hereby DENIED.  Further, it is

ORDERED that the parties in this matter immediately contact Judge Anderson's chambers to schedule a Settlement Conference.

ENTERED this _13th_ day of February, 2015.

                                                    _/s/_
                                        THERESA CARROLL BUCHANAN
                                        UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia