*Receivable Detail Report*



Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | Baltimore Washington Auto Outlet | Report Date | THU, 04/24/2014, 12.50.11 PM |
| Exclude Default Dealers | False | Requested By | Shannon Landreth |
| Exclude Account Level Charges | False | Include Comments | No |
| Dealer Finance Type | All | | |

### Customer Profile

| | |
|---|---|
| Name: | Baltimore Washington Auto Outlet |
| Dealer Id: | |
| Address Line 1: | 2747 Annapolis Road |
| Address Line 2: | |
| City, State, ZIP: | Hanover, MD 21076 |
| Phone: | (301)621-2926 |
| Fax: | (301)621-1243 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Baltimore (253) |
| Market Phone: | (202)486-7081 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| | | $.00 | |
| Total Account Charges for Baltimore Washington Auto Outlet | | | |
| | | $.00 | |

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $1,400,000.00 | $100,000.00 | 06/01/2014 | $1,500,000.00 | $1,351,416.73 | $.00 | D60/30/30 — F80/65/65 — R1.5 — C%5/5 (Post Conversion 90 Terms) |
| Total Line of Credit for Baltimore Washington Auto Outlet (52729) | | | | | | | |
| | $1,400,000.00 | $100,000.00 | | $1,500,000.00 | $1,351,416.73 | $.00 | |

| Floor Date | Last Days Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail Inventory Detail for Baltimore Washington Auto Outlet (52729) | | | | | | | | | | | | | | | | | | |

Report Run time: THU, 04/24/2014, 12.50.11 PM

NG000187



EXHIBIT 3

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/13 | 191 | 03/03/14 | CUV | 2011 Jagu XJ | Whi | V20606 | 194 | FR | 04/17/14 | S | Manheim Pennsylvania | $45,515.00 | $30,418.24 | $.00 | $85.00 | $420.02 | $.00 | $65.00 | $30,988.26 |
| 10/16/13 | 190 | 03/03/14 | SOT | 2008 Merc CL C | Bla | 014089 | 196 | FR | 04/17/14 | S | ADESA Washington DC | $38,865.00 | $25,973.97 | $.00 | $85.00 | $358.83 | $.00 | $65.00 | $26,482.80 |
| 10/10/13 | 196 | 04/10/14 | CUV | 2011 BMW 7-Se | Unk | 434490 | 197 | FR | 05/27/14 | S | Manheim Pennsylvania | $39,450.00 | $22,410.19 | $.00 | $85.00 | $82.93 | $.00 | $.00 | $22,578.12 |
| 10/10/13 | 196 | 04/10/14 | CUV | 2008 BMW X5 | Unk | 035965 | 198 | FR | 05/27/14 | S | Manheim Pennsylvania | $27,510.00 | $15,627.49 | $.00 | $85.00 | $57.91 | $.00 | $.00 | $15,770.40 |
| 10/17/13 | 189 | 03/17/14 | CUV | 2008 GMC Yuko | Bro | 250610 | 227 | FR | 04/16/14 | S | MAFS Pennsylvania | $27,415.31 | $16,836.43 | $.00 | $85.00 | $88.99 | $.00 | $65.00 | $17,075.42 |
| 10/24/13 | 182 | 03/10/14 | SOT | 2008 Merc S Cl | Bla | 142216 | 246 | FR | 04/24/14 | S | Manheim Pennsylvania | $51,090.00 | $34,144.08 | $.00 | $85.00 | $407.41 | $.00 | $.00 | $34,636.49 |
| 11/01/13 | 174 | 03/17/14 | CUV | 2007 Merc C Cl | Unk | 919271 | 248 | FR | 05/01/14 | S | Manheim Pennsylvania | $12,860.00 | $11,606.15 | $.00 | $75.00 | $61.39 | $.00 | $.00 | $11,742.54 |
| 11/04/13 | 171 | 03/20/14 | RHD | 2007 AUDI Q7 | Gra | 055895 | 251 | ST | 05/05/14 | S | Manheim Pennsylvania | $19,370.00 | $17,481.43 | $.00 | $75.00 | $84.98 | $.00 | $50.00 | $17,691.41 |
| 11/07/13 | 168 | 03/24/14 | PFC | 2006 GMC Yuko | Bla | 141625 | 255 | FR | 05/08/14 | S | Manheim Pennsylvania | $13,435.00 | $12,125.09 | $.00 | $75.00 | $52.28 | $.00 | $.00 | $12,252.37 |
| 11/01/13 | 174 | 03/17/14 | RHD | 2007 BMW X3 | Unk | J00167 | 257 | ST | 05/01/14 | S | Manheim Pennsylvania | $14,315.00 | $12,919.29 | $.00 | $75.00 | $68.30 | $.00 | $50.00 | $13,112.59 |
| 11/15/13 | 160 | 03/17/14 | SOT | 2009 Merc M Cl | Bla | 499181 | 264 | FR | 04/16/14 | S | Manheim Pennsylvania | $25,080.00 | $15,402.26 | $.00 | $70.00 | $85.51 | $.00 | $65.00 | $15,622.77 |
| 11/18/13 | 157 | 04/04/14 | CUV | 2008 MERC E350 | Unk | 192609 | 269 | FR | 05/19/14 | S | Manheim Pennsylvania | $23,230.00 | $15,524.90 | $.00 | $85.00 | $82.29 | $.00 | $.00 | $15,692.19 |
| 11/21/13 | 154 | 04/07/14 | RHD | 2006 MERC E350 | Bla | 885367 | 271 | ST | 05/22/14 | S | Manheim Pennsylvania | $16,295.00 | $14,706.24 | $.00 | $75.00 | $34.71 | $.00 | $50.00 | $14,865.95 |
| 12/04/13 | 141 | 02/28/14 | PFC | 2010 Toyo Sien | Bla | 029629 | 278 | FR | 04/18/14 | B | Manheim Pennsylvania | $22,100.00 | $20,995.00 | $.00 | $75.00 | $160.51 | $.00 | $65.00 | $21,295.51 |
| 12/04/13 | 141 | 02/28/14 | SOT | 2013 Dodg Chal | Red | 536750 | 279 | FR | 04/18/14 | B | Manheim Pennsylvania | $20,275.00 | $19,261.25 | $.00 | $75.00 | $147.30 | $.00 | $85.00 | $19,548.55 |
| 12/19/13 | 126 | 03/17/14 | RHD | 2010 Infi G37 | Sil | 253321 | 287 | ST | 05/05/14 | S | Manheim Pennsylvania | $16,330.00 | $15,513.50 | $.00 | $75.00 | $156.50 | $.00 | $50.00 | $15,795.00 |
| 12/27/13 | 118 | 03/26/14 | PFC | 2011 AUDI Q5 2 | Whi | 073648 | 291 | FR | 05/12/14 | S | Manheim Pennsylvania | $25,035.00 | $23,783.25 | $.00 | $75.00 | $182.60 | $.00 | $.00 | $24,040.85 |
| 12/27/13 | 118 | 03/26/14 | RHD | 2006 Humm H2 | Mar | 106479 | 292 | ST | 05/12/14 | S | Manheim Pennsylvania | $18,570.00 | $17,641.50 | $.00 | $75.00 | $135.60 | $.00 | $50.00 | $17,902.10 |
| 01/10/14 | 104 | 04/10/14 | PFC | 2010 Lexu GS 3 | Cre | 026669 | 295 | FR | 05/27/14 | B | Trade-In | $25,000.00 | $19,656.25 | $.00 | $85.00 | $72.79 | $.00 | $.00 | $19,814.04 |
| 01/14/14 | 100 | 04/14/14 | CUV | 2007 Merc CL C | Gra | 001307 | 296 | FR | 05/29/14 | S | USAA Federal Saving Bank | $30,300.00 | $23,823.38 | $.00 | $85.00 | $62.92 | $.00 | $.00 | $23,971.30 |
| 01/10/14 | 104 | 04/10/14 | CUV | 2010 Niss Maxi | Unk | 867136 | 297 | FR | 05/12/14 | S | Manheim Pennsylvania | $18,660.00 | $13,481.85 | $.00 | $70.00 | $27.52 | $.00 | $.00 | $13,579.37 |
| 01/09/14 | 105 | 03/13/14 | SOT | 2011 Niss Maxi | Unk | 847579 | 300 | FR | 05/09/14 | S | Manheim Pennsylvania | $19,775.00 | $14,287.44 | $.00 | $70.00 | $87.41 | $.00 | $.00 | $14,444.85 |
| 01/05/14 | 105 | 04/09/14 | CUV | 2012 FIAT 500 | Bla | 103048 | 301 | FR | 05/09/14 | S | Manheim Pennsylvania | $10,705.00 | $7,734.36 | $.00 | $70.00 | $16.98 | $.00 | $.00 | $7,821.34 |
| 01/10/14 | 104 | 04/10/14 | CUV | 2011 HOND ACRD | Bla | 002808 | 303 | FR | 05/12/14 | S | Manheim Pennsylvania | $18,185.00 | $13,138.66 | $.00 | $70.00 | $26.83 | $.00 | $.00 | $13,235.49 |
| 01/16/14 | 98 | 02/25/14 | RHD | 2004 Jagu XJ X | Unk | G18469 | 305 | ST | 04/17/14 | S | Security Plus Federal Credit Union | $9,350.00 | $8,648.75 | $.00 | $170.00 | $136.69 | $.00 | $115.00 | $9,070.44 |
| 01/17/14 | 97 | 03/18/14 | CUV | 2012 Chev G150 | Bla | 148796 | 307 | FR | 04/17/14 | S | Manheim Pennsylvania | $45,045.00 | $38,288.25 | $.00 | $70.00 | $206.07 | $.00 | $65.00 | $38,629.32 |
| 01/17/14 | 97 | 03/17/14 | CUV | 2010 Hond Acco | Whi | 010514 | 310 | FR | 04/17/14 | S | Manheim Pennsylvania | $15,565.00 | $13,230.25 | $.00 | $70.00 | $73.22 | $.00 | $65.00 | $13,438.47 |
| 02/04/14 | 79 | 03/18/14 | RHD | 2007 MERC E350 | Sil | 176163 | 313 | ST | 05/05/14 | S | Manheim Pennsylvania | $17,365.00 | $16,062.63 | $.00 | $85.00 | $157.80 | $.00 | $50.00 | $16,355.43 |
| 02/04/14 | 79 | 04/07/14 | CUV | 2012 Jagu XJ | Whi | V26982 | 315 | FR | 05/07/14 | S | Manheim Pennsylvania | $52,130.00 | $44,310.50 | $.00 | $.00 | $109.35 | $.00 | $.00 | $44,419.85 |
| 02/05/14 | 78 | 03/24/14 | CUV | 2010 BMW 3-Se | Bro | 491786 | 316 | FR | 05/08/14 | B | Trade-In | $24,300.00 | $22,477.50 | $.00 | $85.00 | $184.64 | $.00 | $.00 | $22,747.14 |
| 02/05/14 | 78 | 04/07/14 | RHD | 2007 HUMM H2 | Blu | 105533 | 317 | ST | 05/08/14 | S | ADESA Washington DC | $16,410.00 | $13,948.50 | $.00 | $.00 | $34.43 | $.00 | $50.00 | $14,032.93 |
| 02/05/14 | 78 | 04/07/14 | PFC | 2011 Merc C Cl | Blu | 169243 | 319 | FR | 05/07/14 | S | ADESA Washington DC | $19,985.00 | $16,987.25 | $.00 | $.00 | $41.92 | $.00 | $.00 | $17,029.17 |
| 02/12/14 | 71 | 03/26/14 | CUV | 2007 Ford F150 | Bla | C85867 | 320 | FR | 05/15/14 | S | ADESA Washington DC | $25,295.00 | $23,397.88 | $.00 | $85.00 | $179.63 | $.00 | $.00 | $23,662.51 |
| 02/19/14 | 64 | 04/07/14 | CUV | 2008 Ford F150 | Bla | B05153 | 322 | FR | 05/22/14 | S | ADESA Washington DC | $21,515.00 | $19,901.38 | $.00 | $85.00 | $89.52 | $.00 | $.00 | $20,075.90 |
| 02/21/14 | 62 | 04/07/14 | RHD | 2011 CHEV AVEO | Gra | 256536 | 324 | ST | 05/22/14 | S | Manheim Baltimore-Washington | $7,525.00 | $6,960.63 | $.00 | $85.00 | $31.55 | $.00 | $50.00 | $7,127.18 |
| 02/21/14 | 62 | 04/07/14 | CUV | 2012 Niss Ques | Whi | 040289 | 325 | FR | 05/22/14 | S | Manheim Baltimore-Washington | $14,365.00 | $13,306.13 | $.00 | $85.00 | $59.98 | $.00 | $.00 | $13,451.11 |
| 02/21/14 | 62 | | CUV | 2011 Hond Civi | Unk | 034415 | 328 | FR | 05/08/14 | S | Manheim Pennsylvania | $11,330.00 | $11,330.00 | $.00 | $115.00 | $90.87 | $.00 | $28.00 | $11,563.87 |
| 02/26/14 | 55 | 04/14/14 | CUV | 2011 BMW 5-Se | Unk | 870478 | 329 | FR | 05/29/14 | S | Manheim Pennsylvania | $26,530.00 | $26,390.25 | $.00 | $85.00 | $69.67 | $.00 | $.00 | $26,544.92 |
| 02/21/14 | 62 | | RHD | 2011 Hond CR-V | Bla | 021433 | 331 | ST | 05/08/14 | S | Manheim Pennsylvania | $13,540.00 | $13,540.00 | $.00 | $115.00 | $108.31 | $.00 | $68.00 | $13,831.31 |
| 02/21/14 | 62 | | RHD | 2013 Chev Cruz | Unk | 135326 | 332 | ST | 05/08/14 | S | Manheim Pennsylvania | $14,210.00 | $14,210.00 | $.00 | $115.00 | $113.61 | $.00 | $68.00 | $14,506.61 |
| 02/28/14 | 55 | 04/14/14 | SOT | 2011 BMW 5-Se | Whi | 870573 | 333 | FR | 05/29/14 | S | Manheim Pennsylvania | $30,405.00 | $28,124.63 | $.00 | $85.00 | $74.24 | $.00 | $.00 | $28,283.87 |

Report Run time: THU, 04/24/2014, 12.50.11 PM

NG000188

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/14 | 50 |  | CUV | 2008 Ford E350 | Whi | A22445 | 334 | FR | 05/05/14 | S | ADESA Washington DC | $14,115.00 | $14,115.00 | $.00 | $67.00 | $103.32 | $.00 | $18.00 | $14,303.32 |
| 03/07/14 | 48 |  | SOT | 2013 Dodg Char | Whi | 554352 | 335 | FR | 04/21/14 | S | ERAC of Baltimore DR GROUP 18 | $17,860.00 | $17,860.00 | $.00 | $170.00 | $228.25 | $.00 | $83.00 | $18,341.25 |
| 03/07/14 | 48 |  | RHD | 2013 Volk Pass | Sil | 021392 | 336 | ST | 04/21/14 | S | ERAC of Baltimore DR GROUP 18 | $13,960.00 | $13,960.00 | $.00 | $170.00 | $178.72 | $.00 | $133.00 | $14,441.72 |
| 03/13/14 | 42 |  | CUV | 2008 Infi G35 | Sil | 256771 | 338 | FR | 04/28/14 | S | Manheim Pennsylvania | $15,365.00 | $15,365.00 | $.00 | $135.00 | $172.34 | $.00 | $18.00 | $15,690.34 |
| 03/13/14 | 42 |  | CUV | 2008 Lexu IS 2 | Whi | 027438 | 339 | FR | 04/28/14 | S | Manheim Pennsylvania | $17,485.00 | $17,485.00 | $.00 | $135.00 | $195.88 | $.00 | $18.00 | $17,833.88 |
| 03/13/14 | 42 |  | CUV | 2011 Chry 300 | Bla | 595579 | 341 | FR | 04/28/14 | S | Manheim Pennsylvania | $19,500.00 | $19,500.00 | $.00 | $135.00 | $218.26 | $.00 | $18.00 | $19,871.26 |
| 03/13/14 | 42 |  | SOT | 2012 Chev Cama | Blu | 155806 | 342 | FR | 04/28/14 | S | Manheim Pennsylvania | $18,985.00 | $18,985.00 | $.00 | $135.00 | $212.54 | $.00 | $18.00 | $19,350.54 |
| 03/17/14 | 38 |  | RHD | 2010 MERC S550 | Bla | 340173 | 343 | FR | 05/16/14 | S | Manheim Baltimore-Washington | $43,825.00 | $43,825.00 | $.00 | $80.00 | $301.44 | $.00 | $18.00 | $44,224.44 |
| 03/19/14 | 36 |  | CUV | 2007 LAND RANG | Whi | 240506 | 344 | FR | 05/19/14 | S | Manheim Pennsylvania | $25,580.00 | $25,580.00 | $.00 | $130.00 | $167.24 | $.00 | $18.00 | $25,895.24 |
| 03/19/14 | 36 |  | SOT | 2008 PORS CAYE | Gre | A33191 | 345 | FR | 05/19/14 | S | Manheim Pennsylvania | $16,965.00 | $16,965.00 | $.00 | $130.00 | $111.24 | $.00 | $18.00 | $17,224.24 |
| 03/19/14 | 36 |  | CUV | 2011 HOND CR-V | Bla | 016971 | 346 | FR | 05/19/14 | S | Manheim Pennsylvania | $17,040.00 | $17,040.00 | $.00 | $130.00 | $111.73 | $.00 | $18.00 | $17,299.73 |
| 03/25/14 | 30 |  | SOT | 2008 BMW 750L | Whi | T81554 | 347 | FR | 05/27/14 | S | Manheim Pennsylvania | $23,080.00 | $23,080.00 | $.00 | $130.00 | $125.76 | $.00 | $18.00 | $23,353.76 |
| 03/25/14 | 30 |  | PFC | 2005 BMW 645C | Bla | 193632 | 348 | FR | 05/27/14 | S | Manheim Pennsylvania | $21,780.00 | $21,780.00 | $.00 | $130.00 | $118.72 | $.00 | $18.00 | $22,046.72 |
| 03/25/14 | 30 | 03/31/14 | CUV | 2010 Dodg Chal | Ora | 308822 | 349 | FR | 05/27/14 | S | USAA Federal Saving Bank | $29,400.00 | $29,400.00 | $.00 | $130.00 | $164.74 | $.00 | $118.00 | $29,812.74 |
| 03/27/14 | 28 |  | CUV | 2005 CHEV CORV | Unk | 112639 | 350 | FR | 05/27/14 | S | Manheim Pennsylvania | $28,070.00 | $28,070.00 | $.00 | $130.00 | $142.56 | $.00 | $18.00 | $28,360.56 |
| 03/27/14 | 28 |  | SOT | 2009 CADI ESC | Bla | 102808 | 351 | FR | 05/27/14 | S | Manheim Pennsylvania | $30,270.00 | $30,270.00 | $.00 | $130.00 | $153.68 | $.00 | $18.00 | $30,571.68 |
| 04/01/14 | 23 |  | PFC | 2010 LEXU ES 3 | Unk | 397091 | 352 | FR | 06/02/14 | S | Manheim Pennsylvania | $20,000.00 | $20,000.00 | $.00 | $130.00 | $83.58 | $.00 | $18.00 | $20,231.58 |
| 04/01/14 | 23 |  | PFC | 2007 BMW 750L | Blu | T75951 | 353 | FR | 06/02/14 | S | Manheim Pennsylvania | $22,520.00 | $22,520.00 | $.00 | $130.00 | $94.02 | $.00 | $18.00 | $22,762.02 |
| 04/01/14 | 23 |  | CUV | 2011 Hond Acco | Whi | 003326 | 354 | FR | 06/02/14 | S | Manheim Pennsylvania | $21,820.00 | $21,820.00 | $.00 | $130.00 | $91.12 | $.00 | $18.00 | $22,059.12 |
| 04/04/14 | 20 | 04/08/14 | RHD | 2008 Pors Caye | Bla | A22035 | 355 | ST | 06/03/14 | S | Manheim Pennsylvania | $19,750.00 | $19,750.00 | $.00 | $130.00 | $75.21 | $.00 | $68.00 | $20,023.21 |
| 04/04/14 | 20 |  | SOT | 2013 BMW 6-Se | Whi | 097953 | 356 | FR | 06/03/14 | S | Manheim Pennsylvania | $70,835.00 | $70,835.00 | $.00 | $130.00 | $255.98 | $.00 | $18.00 | $71,238.98 |
| 04/09/14 | 15 |  | CUV | 2013 JEEP GRAN | Bla | 562160 | 357 | FR | 06/09/14 | S | ADESA Washington DC | $29,700.00 | $29,700.00 | $.00 | $80.00 | $80.56 | $.00 | $18.00 | $29,878.56 |
| 04/09/14 | 15 |  | RHD | 2009 FORD MUST | Ora | 116136 | 358 | ST | 06/09/14 | S | ADESA Washington DC | $21,200.00 | $21,200.00 | $.00 | $80.00 | $57.58 | $.00 | $68.00 | $21,405.58 |
| 04/09/14 | 15 |  | CUV | 2007 BMW 6 SE | Blu | N82095 | 359 | AS | 06/09/14 | S | ADESA Washington DC | $26,705.00 | $26,705.00 | $.00 | $80.00 | $72.46 | $.00 | $18.00 | $26,875.46 |
| Total Retail |  |  |  |  |  |  |  |  |  |  |  | $1,532,060.31 | $1,351,416.73 | $.00 | $6,157.00 | $8,240.94 | $.00 | $2,011.00 | $1,367,825.67 |

Unit Count:   65

Report Run time: THU, 04/24/2014, 12.50.11 PM

NGO00189