P.A.R Services, Inc

May 23, 2014

2013 BMW 650i white
VIN # WBA6B4C53DD097953

On May May 20th 2014 your company wrongfully repossessed my car from 915 Fairway Drive Vienna, Va 22180.  This letter is to inform you I have valuables in the car.  Rent monies totaling $2,525 and a Cartier watch.  Please make sure items are secured.

Sincerely,

Jodi Mahdavi



