IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.          Case No. 1:14-cv-0648-TSE-TCB

and

P.A.R. SERVICES, INC.,

    Defendants.

_____/

## ORDER

The Court, having considered Defendant P.A.R. Services, Inc.'s Amended Motion for Summary Judgment, its supporting Memorandum, the Plaintiff's Memorandum in Opposition thereto, any reply of P.A.R. Services, Inc., and the respective argument of counsel.

UPON CONSIDERATION WHEREOF, pursuant to FED. R. CIV. P. 56, it appearing that there are genuine issues of material facts it is hereby

ORDERED this ____ day of _____, 20___ that Defendant P.A.R. Services, Inc.'s Amended Motion for Summary Judgment is DENIED.

                                              _____
                                              Judge, United States District Court
                                              for the Eastern District of Virginia