UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

## MOTION HEARING

Date: 3/20/15
Start: 10:33 Am
Finish: 10:48 Am
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 14cv648

Mahdavi

vs.

Nextgear Capital, Inc. et al.

Appearance of Counsel for ( X ) Plaintiff ( X ) Defendant

Amended Motion for Summary Judgment - DE#65

Amended Motion for Summary Judgment - DE#68

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( X ) Taken Under Advisement ( ) Continued to

_____
_____
_____

( ) Report and Recommendation to Follow

( X ) Order to Follow