UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Jodi C. Mahdavi <br><br> Plaintiff <br><br> v. <br><br> Nextgear Capital, Inc., et al. <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:14-cv-0648 |

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Trial Subpoena and Witness fee check in the amount of $62.77 in the above entitled case.

That on March 16, 2015 at 7:17 AM, I served Navid Mahdavi with the Trial Subpoena and Witness fee check in the amount of $62.77 at 915 Fairway Drive, Vienna, Virginia 22180 by serving Mrs. Navid Mahdavi, wife of Navid Mahdavi, a person of suitable age and discretion, who stated that he/she resides therein with Navid Mahdavi.

Mrs. Navid Mahdavi is described herein as:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 43   Height: 5'6"   Weight: 125

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

3/31/15
Executed on:

David S. Felter
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-120245

Client Reference: N/A