UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JODI C. MAHDAVI,  )
    Plaintiff,  )
  )
v.  )  Civ. No. 1:14CV648
  )
NEXTGEAR CAPITAL, INC, et al.,  )
    Defendants.  )

ORDER

This matter comes before the Court on NextGear's Motion for Summary Judgment (Dkt. 65) and Defendant P.A.R. Services, Inc.'s Amended Motion for Summary Judgment (Dkt. 68.) For the reasons described in the accompanying Memorandum Opinion, NextGear's Motion for Summary Judgment is GRANTED as to Count III of the Complaint and DENIED as to Counts I and II. P.A.R. Services, Inc.'s Motion is GRANTED.

ENTERED this 3rd day of April, 2015

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia