IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC., *et. al*        Case No. 1:14-cv-0648- TCB

    Defendants.
_____/

## *AFFIDAVIT OF SERVICE*

I, Ethel Cruz, being duly sworn, depose and say:

1) I am over the age of eighteen years and not a party to or otherwise interested in the above-captioned case.

2) On April 2, 2015 at approximately 1:00 p.m., I served the Branch Manager of Bank of America with a subpoena to appear and testify and tendered to the witness a check in the amount of $45.29, which represents the fees for one day's attendance and the mileage allowed by law, by serving Sam Al Deen, whose title is Officer, Banking Center Manager II, at Bank of America, 5226 Lee Highway, Arlington, Virginia 22207.

3) Mr. Al Deen a person of suitable age and discretion who accepted service.

4) Mr. Al Deen is described herein as a male, with dark brown hair, approximately thirty years of age, approximately six feet and one inch tall, and approximately 195 lbs.

5) I declare under penalty of perjury that the foregoing information is true and correct.

Dated this 3rd day of April 2015.

*[signature]*
Ethel Cruz
Levine, Daniels & Allnutt, PLLC
5311 Lee Highway
Arlington, Virginia 22207
(703) 525-2668

2