IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.,                        Case No. 1:14-cv-0648- TCB

    Defendant.
_____/

## PLAINTIFF'S PROPOSED *VOIR DIRE*

COMES NOW the Plaintiff, Jodi C. Mahdavi, pursuant to Federal Rule of Civil Procedure 47, Local Civil Rule 51, and the applicable scheduling orders entered in the above-referenced case, and submits the following proposed *voir dire*:

    1.    Has anyone here previously served as a juror either in a criminal or civil case? If so, has your previous experience as a juror affected your ability to be fair to all sides in the case?

    2.    This case involves a dispute over the ownership of a vehicle, a BMW. The Plaintiff, Jodi C. Mahdavi, claims she purchased the BMW in the ordinary course of business from a third party, Baltimore Washington Auto Outlet, who is not a party to this case. The Defendant, NextGear Capital, Inc., was a creditor of Baltimore Washington Auto Outlet, and when Baltimore Washington Auto Outlet defaulted on its loan NextGear Capital, Inc. took the BMW from Mrs. Mahdavi.  NextGear Capital, Inc. claims that Jodi Mahdavi did not buy the BMW in the ordinary course of business and that based on its loan with Beltway Auto Outlet it is the rightful owner of BMW. Has any member of the jury read or heard anything about this case? If so, please describe.

3. Does any member of the jury know, or has any member of the jury had any business dealings with, any of the following potential witnesses:

    a. Jodi C. Mahdavi

    b. David Freeman

    c. Lisa Long

    d. April Rector

    e. Sherman Schwarz

    f. Navid "Alex" Mahdavi

    g. Shahla Nozary

    h. Khayzer Molavi

If yes, please identify the person you know or have dealt with, the nature of your relationship, and whether that relationship would hinder or affect your ability to give a fair trial to all of the parties in this case.

4. Has any member of the jury, or has any member of your family, ever worked for or had a dispute with the Defendant, NextGear Capital, Inc., a/k/a Dealer Services Corporation?

5. Has any member of the jury, or has any member of your family, ever worked for, bought a car from, or had a dispute with Beltway Auto Brokers, LLC, d/b/a Baltimore Washington Auto Outlet?

6. Has any member of the jury, or has any member of your family, ever had their car repossessed? If so, please describe.

7. Has any member of the jury, or has any member of your family, ever been part of a lawsuit involving a dispute over the rightful owner of personal property? If so, please describe.

8. Has any member of the jury, or has any member of your family, ever been involved in a dispute over a vehicle that you purchased? If so, please describe.

9. Has any member of the jury, bought any goods from the company that another family member works for? If so, please describe.

10. Does any member of the jury believe that the testimony of a corporation is more credible than that of an individual?

11. Does any member of the jury, because of the nature of your employment, feel that you may not be able to judge this case impartially?

12. Is there any thing else that you think the Court should know about you that you believe could affect in any way your ability to fairly and impartially judge the evidence presented in this case and apply the law as instructed by the Court?

13. Do you know of any reason that you cannot sit as a juror in this case with complete fairness and impartiality and decide the case based only on the evidence presented in court and the law as given at the conclusion of the trial?

The Plaintiff reserves the right to amend or present additional *voir dire* as may become appropriate.

Respectfully submitted,

Jodi C. Mahdavi
By Counsel

LEVINE, DANIELS & ALLNUTT, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia  22207
Telephone:  (703) 525-2668
Facsimile:  (703) 525-8393
jonathan.levine@levinedaniels.com

By   /s/ Jonathan E. Levine
    Jonathan E. Levine, Esquire
    VA Bar ID 45572
    *Counsel for the Plaintiff, Jodi C. Mahdavi*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of April, 2015 the foregoing Plaintiff's Proposed Jury Instructions were served via CM/ECF on the following: James Bragdon, Esquire, GALLAGHER, EVELIUS & JONES, LLP, 218 N. Charles Street, Suite 400, Baltimore, Maryland 21201, jbragdon@gejlaw.com, *Counsel for NextGear Capital, Inc.*

                                      /s/ Jonathan E. Levine
                                  Jonathan E. Levine, Esquire