**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JODI C. MAHDAVI,** | |
| Plaintiff, | |
| v. | Case No.: 1:14-cv-00648-TCB |
| **NEXTGEAR CAPITAL, INC.,** *et al.*, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Defendant P.A.R. Services, Inc., by counsel, and presents this Notice of Voluntary Dismissal of its Cross-Claims against Defendant NextGear Capital, Inc., and requests that those Cross-Claims be dismissed, WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a).

Dated: April 28, 2015.

> Respectfully submitted,
>
> P.A.R. SERVICES, INC.,
> By counsel:
>
> */s/ James N. Markels*
> James N. Markels (VA Bar No. 68399)
> JACKSON & CAMPBELL, P.C.
> 1120 20th Street, N.W.
> South Tower, Third Floor
> Washington, D.C. 20036-3437
> Telephone: (202) 457-1600
> Facsimile: (202) 457-1678
> Email: jmarkels@jackscamp.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 28th day of April, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

       Jonathan E. Levine, Esquire (VA Bar No. 45572)
       LEVINE, DANIELS & ALLNUTT, PLLC
       5311 Lee Highway
       Arlington, Virginia 22207
       Telephone: (703) 525-2668
       Facsimile: (703) 525-8393
       jonathan.levine@levinedaniels.com
       *Counsel for Plaintiff Jodi C. Mahdavi*

       James D. Bragdon, Esquire
       GALLAGHER, EVELIUS & JONES, LLP
       218 North Charles Street, Suite 400
       Baltimore, Maryland 21201
       Telephone: (410) 727-7702
       Facsimile: (410) 468-2786
       jbragdon@gejlaw.com
       *Counsel for Defendant NextGear Capital, Inc.*

       */s/ James N. Markels*
       James N. Markels (VA Bar No. 68399)
       JACKSON & CAMPBELL, P.C.
       1120 20th Street, N.W.
       South Tower, Third Floor
       Washington, D.C. 20036-3437
       Telephone: (202) 457-1600
       Facsimile: (202) 457-1678
       Email: jmarkels@jackscamp.com
       *Counsel for Defendant P.A.R. Services, Inc.*