IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JODI C. MAHDAVI,<br><br>    Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:14-cv-00648-TCB |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Defendant P.A.R. Services, Inc., by counsel, and presents this Notice of Voluntary Dismissal of its Cross-Claims against Defendant NextGear Capital, Inc., and requests that those Cross-Claims be dismissed, WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a).

Dated: April 28, 2015.

Respectfully submitted,

P.A.R. SERVICES, INC.,
By counsel:

*/s/ James N. Markels*
James N. Markels (VA Bar No. 68399)
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: jmarkels@jackscamp.com

                                              /s/
Theresa Carroll Buchanan
United States Magistrate Judge

*So ordered* [handwritten notation with signature and date 4/28/15]

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 28th day of April, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

   Jonathan E. Levine, Esquire (VA Bar No. 45572)
   LEVINE, DANIELS & ALLNUTT, PLLC
   5311 Lee Highway
   Arlington, Virginia 22207
   Telephone: (703) 525-2668
   Facsimile: (703) 525-8393
   jonathan.levine@levinedaniels.com
   *Counsel for Plaintiff Jodi C. Mahdavi*

   James D. Bragdon, Esquire
   GALLAGHER, EVELIUS & JONES, LLP
   218 North Charles Street, Suite 400
   Baltimore, Maryland 21201
   Telephone: (410) 727-7702
   Facsimile: (410) 468-2786
   jbragdon@gejlaw.com
   *Counsel for Defendant NextGear Capital, Inc.*

          */s/ James N. Markels*
          James N. Markels (VA Bar No. 68399)
          JACKSON & CAMPBELL, P.C.
          1120 20th Street, N.W.
          South Tower, Third Floor
          Washington, D.C. 20036-3437
          Telephone: (202) 457-1600
          Facsimile: (202) 457-1678
          Email: jmarkels@jackscamp.com
          *Counsel for Defendant P.A.R. Services, Inc.*