```
             UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

JODI C. MAHDAVI,              )
                              )
                              )
                              )
     vs.                      )
                              )
NEXTGEAR CAPITAL, INC.        )   CASE NO. 1:14Cv0648
                              )
                              )
            Defendants.       )
                              )
```

**WITNESS LIST**

**Plaintiff's Witnesses**

1) Jodi Mahdavi – 4/28/15

2) John Smiley – 4/28/15

**Defendant's Witnesses**

1) David Freeman – 4/28/15

2) Navid Mahdavi – 4/28/15