

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JODI C. MAHDAVI,

    Plaintiff

v.

NEXTGEAR CAPITAL, INC.,            Case No. 1:14-cv-0648- TCB

    Defendant.

_____/

## PLAINTIFF'S TRIAL EXHIBITS INDEX

✓ 1) Retail Purchase Agreement between Baltimore Washington Auto Outlet and Jodi Mahdavi dated March 11, 2014 - J. MAHDAVI

✓ 2) Bank of America account statement for account ending in 2476 for February 20, 2014 through March 20, 2014 J. MAHDAVI

✓ 3) Promissory Note between Pentagon Federal Credit Union and Jodi Mahdavi dated April 16, 2014   J. MAHDAVI

✓ 4) Pentagon Federal Credit Union check number 0002877274 dated April 16, 2014 in the amount of $64,941.70 payable to BW Auto Outlet and Jodi C. Mahdavi  J. Mahdavi

✓ 5) Pentagon Federal Credit Union account statements for account ending in 7813, April 2014 through May 2014  J. MAHDAVI

✓ 6) Maryland Title Number 45565166  J. MAHDAVI

✓ 7) Merchant's Tire Receipt dated April 22, 2014  J. MAHDAVI

✓ 8) ~~Letter from Jodi Mahdavi to B.A.R. Services, Inc. dated May 23, 2014~~  Out of State Counter Deposit - Smiley

✓ 9) ~~Letter from Pentagon Federal Credit Union to Jodi Mahdavi dated June 13, 2014~~  BofA Statement 3/1/14 to 3/31/14 for Beltway Auto Broker  Smiley

. Used
✓ Admitted