```
              UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
```

JODI C. MAHDAVI,            )
                            )
                            )
                            )
    vs.                     )
                            )
NEXTGEAR CAPITAL, INC.      )   CASE NO. 1:14Cv0648
                            )
                            )
            Defendants.     )
_____)

**NEXTGEAR CAPITAL INC.'S ADMITTED EXHIBITS**

1) Picture of BMW – J. Mahdavi
2) Trade Name Application, Select Builders – J. Mahdavi
3) Picture of Temple Hills address, Ultimate Auto – J. Mahdavi
4) Maryland Temporary Registration Certificate – J. Mahdavi
5) BOFA Account Activity Transaction Details – J. Mahdavi, Smiley
6) Blank Check from Beltway Auto Brokers – J. Mahdavi, Smiley
7) 8/13/13 Demand Promissory Note between NextGear Capital, Inc. and Beltway Auto Brokers, LLC – Freeman
8) UCC Financing Statement – Freeman
9) Floored Vehicle History Report for BMW – Freeman
10) NextGear's Receivable Detail Report for 4/24/14 – Freeman
11) J. Mahdavi's Deposition
12) J. Mahdavi's Interrogatories
13) Navid Mahdavi's Responses to NextGear's Notice of Deposition