<u>Please clarify -</u>
What does SOT stand for & what does it mean?

[REDACTED]