# United States District Court

EASTERN DISTRICT OF VIRGINIA

JODI C. MAHDAVI,           JUDGMENT IN A CIVIL CASE

        Plaintiff

    V.           CASE NUMBER: 1:14cv648

NEXTGEAR CAPITAL, INC.

        Defendant

[X] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendant, NextGear Capital, Inc.

This Judgment is entered in accordance with the jury verdict, dated April 29, 2015.

April 29, 2015           FERNANDO GALINDO
Date           Clerk

         /s/ Patricia Armentrout
         (By) Deputy Clerk